AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00043 |
| HENRY PHILLIP MUNTZER | ) Assigned to: Judge Zia M. Faruqui |
| | ) Assign Date: 1/13/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) HENRY PHILLIP MUNTZER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted Building or Grounds)
40 U.S.C. § 5104(e) (Unlawful Entry or Disorderly Conduct)

Date: 01/13/2021

2021.01.13
14:57:00 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) JANUARY 13, 2021, and the person was arrested on (date) JANUARY 19, 2021
at (city and state) DILLON, MONTANA.

Date: JANUARY 21, 2021

FOR FBI: [signature]
*Arresting officer's signature*

LEVI KROSCHEL, SPECIAL AGENT, FBI
*Printed name and title*