UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21cr105-APM |
| | : | |
| HENRY PHILLIP MUNTZER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

COMES NOW the United States Attorney's Office, by and through Jacob Strain, Assistant U.S. Attorney, and hereby enters an appearance of counsel on behalf of the United States in the above entitled matter.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

*/s/ Jacob Strain*
JACOB J. STRAIN (UT#:12680)
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530