UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1:21cr105-APM |
| | : | |
| HENRY PHILLIP MUNTZER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The Government requests that the attached discovery letter, dated October 12, 2021, be made part of the record in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

_____
JACOB J. STRAIN
Utah Bar No. 12680
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530



**U.S. Department of Justice**

**CHANNING D. PHILLIPS**
Acting United States Attorney
District of Utah

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

October 12, 2021

David Bos
Assistant Federal Public Defender
david_bos@fd.org

    RE:    U.S. v. HENRY PHILLIP MUNTZER (1:21CR105-APM)

Dear Counsel,

    Pursuant to our discovery obligations, we have provided the following files via USAfx on October 12, 2021.   Note that many of these files and their related physical attachments are currently being formally processed for discovery by the discovery team assigned to the Capitol Riots cases. As such, some of the same files will be re-produced with bates-stamps at a later date. The following files have all been designated as "Sensitive" pursuant to the terms of the Protective Order:

1. (U)_Facebook_Search_Warrant_for_10006838757026.pdf
2. (U)_Interview_of_T_M_Redacted.pdf
3. (U)_Social_Media_review.pdf
4. Hank+Muntzer+with+shirt.JPG
5. IMG_20211005_190928.jpg
6. Montana Standard Article Regarding Muntzer.pdf
7. 4111855468922810_affidavit.pdf
8. 900373403895507 Reviewed.pdf
9. index.html
10. preservation-1.html
11. preservation-2.html
12. README.txt
13. group_message_2794211827483415.jpg
14. group_message_2803389173232347.jpg
15. group_message_2807950732776191.mp4
16. group_message_2807954216109176.mp4

17. group_message_2807959729441958.mp4
18. group_message_2807962852774979.mp4
19. photos_2794314074139857.jpg
20. photos_2794333387471259.jpg
21. photos_2798471927057405.jpg
22. photos_2798486300389301.jpg
23. photos_2800405036864094.jpg
24. photos_2806488086255789.jpg
25. photos_2806488146255783.jpg
26. photos_2806488236255774.jpg
27. photos_2806488319589099.jpg
28. photos_2806488376255760.jpg
29. shares_3917138251650270.jpg
30. shares_3917138311650264.jpg
31. shares_3917138424983586.jpg
32. status_updates_2760156394222292.jpg
33. status_updates_2760156507555614.jpg
34. status_updates_2760156614222270.jpg
35. status_updates_2760156780888920.jpg
36. status_updates_2760248164213115.jpg
37. status_updates_2760248294213102.jpg
38. status_updates_2760248410879757.jpg
39. status_updates_2760248524213079.jpg
40. status_updates_2760248654213066.jpg
41. status_updates_2805243753046889.mp4
42. status_updates_2805245243046740.mp4
43. status_updates_2805263063044958.mp4
44. status_updates_2809321762639088.mp4
45. status_updates_2809321802639084.mp4
46. unified_message_1027485951083171.mp4
47. unified_message_1062499414268816.mp4
48. unified_message_1068255710329065.mp4
49. unified_message_1074988889687199.mp4
50. unified_message_118740426691922.mp4
51. unified_message_1205271659874694.mp4
52. unified_message_125233939423389.mp4
53. unified_message_126879609265590.mp4
54. unified_message_1287090568343032.mp4
55. unified_message_136554918278332.mp3
56. unified_message_143948290723552.mp4
57. unified_message_155819612726082.mp4
58. unified_message_1570172146503991.mp3
59. unified_message_157453682836679.mp3
60. unified_message_158389295757086.mp4
61. unified_message_159657218950619.mp4
62. unified_message_185570489963851.mp4

63. unified_message_192655845931241.mp4
64. unified_message_1968583609960253.mp4
65. unified_message_198491928605626.mp4
66. unified_message_215879823545684.mp4
67. unified_message_226232102341470.mp4
68. unified_message_228342432223317.mp4
69. unified_message_235359568116003.mp4
70. unified_message_235605234867622.mp3
71. unified_message_238521634314168.mp3
72. unified_message_239484491074098.mp4
73. unified_message_250552229756543.mp4
74. unified_message_2789561761361487.mp4
75. unified_message_2790304634544382.mp4
76. unified_message_2823828821197556.mp4
77. unified_message_2864655647113219.mp4
78. unified_message_308953230540229.mp4
79. unified_message_312434996814915.mp4
80. unified_message_318488182776798.mp4
81. unified_message_3459753630790381.mp4
82. unified_message_3529263453837234.mp4
83. unified_message_3569828299721208.mp4
84. unified_message_3620045551395532.mp4
85. unified_message_3895770797152142.mp3
86. unified_message_389791122124097.mp3
87. unified_message_3906671779364277.mp4
88. unified_message_4018201718201690.mp4
89. unified_message_402087987765099.mp4
90. unified_message_405671627328714.mp4
91. unified_message_405844564011645.mp4
92. unified_message_426516508563575.mp4
93. unified_message_431246381536812.mp4
94. unified_message_433318767840661.jpg
95. unified_message_438012010943636.mp4
96. unified_message_442777023417456.mp4
97. unified_message_446023140095695.mp3
98. unified_message_450552222992784.mp4
99. unified_message_458099598686118.mp4
100. unified_message_590951968417405.mp4
101. unified_message_680941159249937.mp4
102. unified_message_713376576220177.mp4
103. unified_message_726604594659500.mp4
104. unified_message_742914579665787.mp3
105. unified_message_746529179605705.mp4
106. unified_message_769430667006884.mp4
107. unified_message_770276533891831.mp4
108. unified_message_793176224873034.mp3

109. unified_message_837781436798744.mp4
110. unified_message_844201536373052.mp4
111. unified_message_855258475272119.mp4
112. unified_message_880255762789246.mp4
113. unified_message_886491902204031.mp4
114. videos_2804698499768081.mp4
115. videos_2804700243101240.mp4
116. videos_2804867556417842.mp4
117. videos_2804868283084436.mp4
118. videos_2804914433079821.mp4
119. videos_2804915089746422.mp4
120. videos_2805243753046889.mp4
121. videos_2805245243046740.mp4
122. videos_2805263063044958.mp4
123. videos_2807950732776191.mp4
124. videos_2807954216109176.mp4
125. videos_2807959729441958.mp4
126. videos_2807962852774979.mp4
127. videos_2809321762639088.mp4
128. videos_2809321802639084.mp4
129. videos_2809321842639080.mp4

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I

request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules.   Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

      I will forward additional discovery as it becomes available.   If you have any questions, please feel free to contact me.

      By: */s/ Jacob J. Strain*
      JACOB J. STRAIN
      Assistant United States Attorney