UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-105 |
| HENRY MUNTZER, : | |
| : | |
| Defendant. : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Susan T. Lehr.  AUSA Susan T. Lehr will be substituting for AUSA Jacob Strain.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:   /s/ *Susan T. Lehr*
        SUSAN T. LEHR
        Assistant United States Attorney
        NE Bar No. 19248
        District of Columbia
        Capitol Riot Detailee
        1620 Dodge Street, #1400
        Omaha, Nebraska 68102
        Telephone No. 402-661-3715
        Email: Susan.Lehr@usdoj.gov

## CERTIFICATE OF SERVICE

On this 3rd day of March, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney