UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.           ) | Case No. 21-cr-00105-APM |
| ) | |
| HENRY PHILLIP MUNTZER, ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

NOTICE OF SPECIAL APPERANCE TO ADDRESS

STATUS OF COUNSEL

To: The Clerk of Court and all parties of record

Attorney William L. Shipley hereby makes this SPECIAL APPEARANCE on behalf of Defendant Henry Phillip Muntzer in this matter.

Defendant Muntzer has sought to retain Attorney Shipley as his attorney in this matter.

This matter is currently set for trial on August 30, 2022.

Attorney Shipley is counsel for Defendant David Mehaffie, 21-cr-00040. That matter is also set for trial to begin on August 30, 2022.

Attorney Shipley can enter this case on behalf of Mr. Muntzler only if the current trial date is vacated and a new trial date is set.

Even if there was no trial conflict, Attorney Shipley could not enter this case for purposes of trial with only 10 weeks to prepare.

Mr. Muntzler is not charged with a crime of violence and is not in custody pending trial.

      This Special Appearance is made for the limited purpose of seeking a Status Conference with the Court to consider the issue of Attorney Shipley substituting into the case as counsel for Defendant Muntzler in light of the circumstances described above.

      A motion to have a status conference set will follow this Notice of Special Appearance.

Dated: June 13, 2022                         Respectfully submitted,

                                                 /s/ William L. Shipley
                                               William L. Shipley, Jr., Esq.
                                               PO BOX 745
                                             Kailua, Hawaii 96734
                                             Tel: (808) 228-1341
                                             Email: 808Shipleylaw@gmail.com