UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00105-APM |
| | : | |
| **HENRY PHILLIP MUNTZER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Michael M. Gordon, detailed to the United States Attorney's Office for the District of Columbia, who may be contacted by telephone at 813-274-6370 or by email at michael.gordon3@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States. Mr. Gordon joins Mr. Brady, who remains assigned to the case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney DC
Bar No. 481052

By:  /s/
Michael M. Gordon
Assistant United States
Attorney, Detailee
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 813-274-6370
michael.gordon3@usdoj.gov