# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CASE NO. 21-CR-105 |
| : | |
| **HENRY PHILLIP MUNTZER,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Susan Lehr as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

                                        Respectfully Submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY D.C.
                                        D.C. Bar No. 481052

by:     /s/ *Susan T. Lehr*
           SUSAN T. LEHR
           Assistant United States Attorney (Detailee)
           NE Bar No. 19248
           1620 Dodge Street, #1400
           Omaha, Nebraska 68102
           Office: 402-661-3715
           susan.lehr@usdoj.gov