## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff;** | ) |
| | ) Case No. 21-CR-105 (APM) |
| v. | ) |
| **HENRY MUNTZER,** | ) |
| **Defendant.** | ) |

## NOTICE OF WITHDRAWAL

The undersigned Assistant Federal Public Defender specified below, inadvertently entered her appearance in this case. Mr. Muntzer retained William L. Shipley. See ECF No. 39.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500