Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.  21-105  (JMC)

HENRY PHILLIP MUNTZER

Category  B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  6/16/2022  from  Judge Amit P. Mehta  to  Judge Jia M. Cobb  by direction of the Calendar Committee.

(Case Transferred by Consent)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc: Judge Amit P. Mehta  & Courtroom Deputy
Judge Jia M. Cobb  & Courtroom Deputy
U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk