UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No. 21-cr-00105-JMC |
| ) | |
| HENRY PHILLIP MUNTZER, ) | |
| ) | |
| ) | |
| Defendant ) | |
| ) | |

# DEFENDANT'S MOTION TO VACATE TRIAL DATE
# AND BRIEFING SCHEDULE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Henry Muntzer by and through his counsel of record, William L. Shipley, Esq., respectfully files this motion to vacate the currently set trial date and motion schedule.

Attorney Shipley is currently in the second Oath Keeper's trial which is not set to conclude until the end of the January 2023. Attorney Shipley is also set for trial in a civil matter in Hawaii Circuit Court, Paguriagan v. C&C Farmlands, on February 27, 2023, a matter first filed in 2016, and repeatedly continued as a result of COVID.

After several requests for discovery, to-date, Attorney Shipley has not been able to obtain discovery materials that had been produced by the government.

On January 6, 2023, Attorney Shipley conferred with Government counsel Brian Brady, Michael Gordon, and Alexis Loeb who addressed the discovery issues. Government counsel informed the undersigned they do not oppose vacating and continuing the trial date due to the discovery issue and Attorney Shipley's schedule.

Due to Attorney Shipley's case load and issues obtaining discovery, Defendant Muntzer wishes to vacate the current motions and trial schedule, and set a status conference for purposes of setting new dates. Undersigned will confer with government counsel regarding potential dates for trial and motions.

Dated: January 6, 2023                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com