UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00105-JMC |
| ) | |
| **HENRY PHILLIP MUNTZER,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**MOTION TO CONTINUE PRETRIAL CONFERENCE**

        William L. Shipley, Jr., Esq.
        PO Box 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

1

NOW comes Defendant Henry Muntzer by and through his counsel of record, William L. Shipley, Esq., respectfully continue the pretrial conference set for June 22, 2023.

At the time the Pretrial Conference was set, there was some uncertainty regarding the continued viability of the CARES Act and videoconferencing of proceedings. Counsel's recollection is that the Court left open the possibility of the in-person hearing being converted to a video conference if possible.

Mr. Muntzer had confirmed for counsel that he intends to go forward with a bench trial rather than a jury trial, obviating the need for many pretrial matters involving use of a jury, and motions *in limine* that would determine what evidence the jury would and would not see.

After the date of setting the Pretrial Conference, a school "promotion" ceremony in California for an immediate family member of the undersigned Counsel was been set for the same day. Counsel only realized during the just passed holiday weekend that the Pretrial Conference in this matter is scheduled to be "in-person" rather than remote.

Due to this overlooked conflict, counsel requests permission to appear for the pretrial hearing via teleconference either as scheduled, or on another date convenient to the Court and the Government.

Counsel would also like advise the Court that a motion to withdraw will be filed by the undersigned shortly after this motion. The basis for the motion two withdraw will be fully set forth therein.

Dated: June 20, 2023                    Respectfully submitted,

/s/ William L. Shipley  
William L. Shipley, Jr., Esq.  
PO BOX 745  
Kailua, Hawaii 96734  
Tel: (808) 228-1341  
Email: 808Shipleylaw@gmail.com