**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA    )
          )
          )
v.          )      **Case No. 21-cr-00105-JMC**
          )
HENRY PHILLIP MUNTZER,    )
          )
          )
        Defendant    )
          )

**MOTION TO WITHDRAW AND FOR**

**COUNSEL TO BE APPOINTED**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

1

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw as counsel for Defendant Henry Muntzer, and for the Court to appoint counsel for Mr. Muntzer.  The basis for this motion are as follows:

1.  There has been a breakdown between with the attorney-client relationship.  Undersigned is not willing to present a defense consistent with the defense desired by Mr. Muntzer, one that involves alleging many conspiratorial and conjectural claims that are circulated on the internet about the cause of events on January 6.

2.  Defendant Muntzer has ceased communicating and has resorted to sending "certified letters" with his views and requests.

3.  Defendant Muntzer is not in custody.  I have no reason to believe, and I do not believe that Mr. Muntzer's actions are for the purpose of obtaining a delay in his trial.  They reflect a genuine disagreement between client and counsel about the nature of the defense to be presented.

4.  Further details regarding the issues cited above are set forth in the Declaration of William L. Shipley, filed herewith under seal.

Dated: June 20, 2023                    Respectfully submitted,

                                        /s/ William L. Shipley
                                        William L. Shipley, Jr., Esq.
                                        PO BOX 745
                                        Kailua, Hawaii 96734
                                        Tel: (808) 228-1341
                                        Email: 808Shipleylaw@gmail.com