NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                  Criminal Number  21cr105 (JMC)

HANK PHILLIP MUNTZER
         (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

CHRISTOHER M. DAVIS 385582
(Attorney & Bar ID Number)

DAVIS & DAVIS
(Firm Name)

1350 CONNECTICUT AVE NW STE 202
(Street Address)

WASHINGTON DC   20036
(City)     (State)     (Zip)

202 234-7300
(Telephone Number)