# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Crim, No. 21-cr-105 (JMC) |
| HENRY PHILLIP MUNTZER : | |

### MOTION TO ALLOW DEFENDANT TO VIRTUALLY APPEAR
### AT PRETRIAL CONFERENCE

Henry Muntzer, through counsel, moves this Honorable Court to allow him to virtually appear at his January 18, 2024, Pretrial Conference.

1. A pretrial conference is scheduled for January 18, 2024, at 10:30 AM. It is currently set as an "in person" hearing.

2. Mr. Muntzer lives in rural Montana. He qualified for court appointed counsel and does not have the funds to travel back and forth to the District for the Pretrial Conference.

3. 18 U.S.C. § 4285 empowers this Court to order the United States Marshal Service to provide "non-custodial" transportation for an indigent defendant to his court proceeding. However, the statute neither provides

for return transportation nor does it provide for per diem for Muntzer while he is here in DC.

4. It is for financial reasons Mr. Muntzer moves this Court to allow him to virtually appear at the Pretrial Conference.[1]

5. Brian Brady, speaking for the government, does not oppose this request.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

*Counsel for Henry Phillip Muntzer*

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served upon all counsel of record via the Court's CM/ECF System on this 4th day of January 2024.

_____/s/_____
Christopher M. Davis

---

[1] Counsel will file pursuant to 18 U.S.C. § 4285 once he knows when Mr. Muntzer is required to physically appear.