UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>HENRY PHILLIP MUNTZER,<br><br>　　　　　　Defendant. | Case No. 21-CR-105 (JMC) |

### ORDER

The Court has reviewed Defendant Henry Phillip Muntzer's motion requesting that the United States Marshals Service arrange and incur the cost of his transportation in light of his inability to pay costs attendant to his appearance for trial on February 5, 2024. ECF 72. The Government has informed the Court that it takes no position on Defendant's motion. Pursuant to 18 U.S.C. § 4285, the motion is hereby **GRANTED** and the United States Marshals Service is **DIRECTED** to arrange, at its own expense, one-way, noncustodial transportation for Muntzer to travel from his home in Dillon, Montana, to the District of Columbia for his trial to be held on February 5, 2024, beginning at 9:00 AM before Judge Jia M. Cobb.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JIA M. COBB
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: January 11, 2024

1