# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 21-105 (JMC) |
| HENRY PHILLIP MUNTZER, ) | |
| ) | |
| Also Known As "Hank Muntzer" ) | |
| Defendant ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

*[signature]*
Defendant

*[signature]*
Counsel for Defendant

I consent:

*Brian Brady*
Assistant United States attorney

Approved:

*[signature]*   Date: 01/18/2024

Jia M. Cobb
United States District Judge