UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-105 (JMC) |
| : | |
| HENRY PHILLIP MUNTZER, : | |
| : | |
| also known as "Hank Muntzer" : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S TRIAL BRIEF

The United States respectfully submits this brief in advance of the February 5, 2024, trial scheduled before this Court in this case.

**I.      Request for Opening Statement**

The government respectfully requests a brief opening statement.

**II.     Statement of Facts**

The Court is no doubt familiar with the background facts regarding the attack on the U.S. Capitol, described in the statement of facts supporting the criminal complaint. *See* ECF No. 1.

*Muntzer's Statements Before January 6*

Between November 4, 2020 and January 5, 2021, Muntzer became increasingly frustrated with the outcome of the 2020 presidential election. Many posts, comments, and messages he wrote on Facebook reflect his knowledge of the legal process for certifying the election, his belief that the election was being stolen, and his support of even violent efforts to stop it.[1]

---

[1] All messages, unless stated otherwise, are from the defendant's Facebook return which was obtained through legal process. The government and defense have stipulated that the defendant's cell phone evidence (302 series) and his Facebook records (301 series) are in fact the defendant's. (Stipulation: Gov Exhibits 703 and 705).

The government will highlight here only the most egregious messages that will be presented in trial. However, the full range of messages, and their sheer quantity, are relevant to illustrate the degree to which he followed the legal process, how it consumed him, and how he wanted to stop what he claimed was a stolen election.[2]

- On December 27, 2020, Muntzer wrote, "This is why I will be in Washington DC on the 6th of January." Exhibit 301.7. He posted this with a picture that referred to instilling "fear" in the government:



*Exhibit 301.7*

---

[2] The defendant's statements as included here have been cleaned up and shortened, while maintaining their context.

- On December 28, 2020, Muntzer wrote, "[W]e are coming, and we are one pissed off group. We would rather die on our feet and be free than to live on Our Knees as a slave . . . A patriot is the most formidable army in the world. It took less than 1% to defeat the largest army in the world the British . . . When good men who are trained at doing really bad things have to step up to take our country back it will be a very decisive win." Exhibit 301.6.

- On December 30, 2020, Muntzer wrote, "I pray anyone and everyone that can show up in Washington DC on the 6th to support our president do so. The secret to defeating your enemy is to show up in masses. You see when you surround your enemy with such overwhelming force, you can defeat your enemy without even firing a shot . . . unless you want the war to show up on your doorstep be there in Washington DC on the 6th." Exhibit 301.8

- On January 2, 2021, Muntzer wrote, "Do not be concerned we will take worse in DC by storm this just makes us all more determined. Just think of how many pissed off Patriots are going to be there. Did someone say tar and feather the politicians." Exhibit 301.9.

- On January 4, 2021, Muntzer wrote, "I want to thank every Patriot who is going to Washington DC on the 6th . . . We are writing history what is about to unfold is going to shock the masses . . . Vice president Mike Pence is a traitor and will face execution . . . We are in a battle no different then David vs Goliath. The Patriots are about to face the Giants and that is why we are going to Washington DC." Gov Ex 301.11.

*Muntzer's Statements and Actions on January 6*

Muntzer traveled from Montana to Washington, D.C., on January 5, 2021. The next day, January 6, Muntzer attended the "Stop the Seal" rally at the Ellipse with a group of friends in order to hear President Trump's speech. Throughout that speech, President Trump repeatedly commented that Vice President Pence should "send [the election results] back to the states to recertify." *See* Exhibit 220.2 at 4. Muntzer spoke with other members of the crowd about his motivation for being present at the riot and, in one interview, commented that he hoped Vice President Pence would "do the right thing" if pressured to do so. Exhibit 211.

After President Trump's speech at the "Stop the Steal" rally ended, Muntzer joined the crowd in walking from the Ellipse to the restricted Capitol grounds, approaching the building from the west. During his march to the Capitol, Muntzer was informed a rioter next to him that "my wife is saying they are breaking down the fences in front of the Capitol and are pepper spraying everybody . . . it's happening now." Muntzer replied, "Well you know it's the people's house, we just move in and spend the night down there . . . take it over." Exhibit 219.

Muntzer approached the Capitol from the west, entering the restricted Capitol perimeter and reaching the West Plaza. After other rioters breached the scaffolding at the West Plaza's north side, Muntzer joined the mob in surging up the northwest stairs before reaching the Upper West Terrace by approximately 2:35 p.m.

After reaching the Capitol's Upper West Terrace, Muntzer recorded multiple videos in which he commented that he had passed "through all the tear gas" to "tak[e] the Capitol by storm." *See* Exhibits 302.4, 302.5. These videos show rioters climbing on the scaffolding erected on the south side of the West Plaza, stepping over piles of construction equipment, and waving for other rioters to join them behind the fallen police line. Muntzer would later recount on Facebook that he

saw police officers tear gas and pepper spray the crowd. Exhibit 301.16. From there, Muntzer entered the Capitol building through the Upper West Terrace Door at approximately 2:44 p.m. At the time of Muntzer's entrance through the West Terrace Door, a loud fire alarm blared in that area.



*Exhibit 102.2 (Muntzer circled in yellow)*

Muntzer then proceeded to the heart of the Capitol building, walking through the Rotunda and toward the Senate Chamber. Once inside, he was involved in a series of physical confrontations with officers. First, before he could reach the Senate Chamber, Muntzer and a group of other rioters encountered a police line blocking their path, just past the Old Senate Chamber. At approximately 2:47 p.m., the crowd of rioters—including Muntzer—began pushing the police line back down the hallway and toward the Senate. *See* Exhibits 103.2, 103.10. The police ultimately regained control of the hallway after forcibly pushing back the crowd of rioters. Body-worn camera footage, seen below, depicts one officer placing his hand on Muntzer and attempting to move Muntzer back as the police reestablish their line.

5



*Exhibit 103.10 (Muntzer circled in yellow)*

After the police regained control of the path to the Senate Chamber, Muntzer returned to the Rotunda by approximately 2:55 p.m. He briefly walked through a hallway leading toward Statuary Hall and, later, the House Chamber but quickly returned to the Rotunda by 2:57 p.m. There, he joined a crowd a rioters confronting a group of police officers blocking a doorway leading out to the Capitol's Upper West Terrace. Muntzer positioned himself at the front of this crowd and joined in a collective effort to push back the officers—who had their backs to a set of stairs.. *See* Exhibits 208, 210.



*Exhibit 210 (Muntzer circled in yellow pushing a line of officers with the mob)*

By approximately 3:03 p.m., the police regained control of this doorway and began attempting to clear the Rotunda of rioters. By approximately 3:06 p.m., the police established a line across the middle of Rotunda and instructed rioters to exit through the East Rotunda Door, but they faced resistance from the mob. *See, e.g.,* Exhibit 103.9. Muntzer positioned himself at the front of the opposition, standing directly in front of the police line. From this position, Muntzer yelled and chanted at the line of officers and, eventually, joined the crowd in collectively pushing against the police line.


*Exhibit 103.3 (Muntzer circled in yellow)*


*Exhibit 214 (Muntzer circled in yellow)*

Muntzer continued to resist police efforts to clear the Rotunda even as the police line advanced closer to the exit.



*Exhibit 102.5 (Muntzer circled in yellow)*

Muntzer was one of the very last rioters present in the Rotunda. After being pushed out of the Rotunda, Muntzer exited the Capitol Building through the Rotunda Doors on the Capitol's east side at 3:22 p.m. *See* Exhibit 102.4. In total, he spent approximately 38 minutes inside the Capitol building.

### *Muntzer's Statements After Leaving the Capitol*

Almost immediately after leaving the Capitol grounds, Muntzer began describing that day's events and his activities at the Capitol in interviews, Exhibit 203, and in posts to his personal Facebook page. In one Facebook post from January 6, 2021, he described "storming the capital . . . get[ting] past the capital police and enter[ing] 4 chambers." Exhibit 301.12. That same day, while commenting on his exposure to chemical irritants, Muntzer posted that "the burning only made [him] more determined." Exhibit 301.14. And two days later, on January 8, 2021, Muntzer explained in a Facebook post that every time police officers attempted to control

the crowd by deploying chemical irritants, the police "lost ground and we pushed them further down the corridors." Exhibit 301.16.

As recently as January 25, 2024, Muntzer has spoken to the press to describe his role in the riot at the Capitol on January 6, 2021. *See* Exhibit 221. In that interview, Muntzer, wearing a shirt with his booking photo from his arrest in this case with the caption "Rockin' the Orange!", explained that "the reason why [he] was there was to keep Congress from committing treason, which they did anyways." He stated that "you're going to look back at history that January 6 will be our new Fourth of July. Muntzer also stated, "I do not regret being there. I would absolutely want to be there again . . . it was the greatest time, I believe, to be alive." Exhibit 221.



*Exhibit 221 (Muntzer in his business during the interview)*

**VI.   Charges Against Defendant Muntzer**

Muntzer is charged as follows:
Count One: 18 U.S.C. §§ 1512(c)(2), 2 – Obstruction of an Official Proceeding
Count Two: 18 U.S.C. § 231(a)(3) – Civil Disorder

<u>Count Three</u>: 18 U.S.C. § 1752(a)(1) – Entering and Remaining in a Restricted Building or Grounds

<u>Count Four</u>: 18 U.S.C. § 1752(a)(2) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds

<u>Count Five</u>: 40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building

<u>Count Six</u>: 40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in a Capitol Building

## VII. Stipulations

The parties agreed to seven joint stipulations. Exhibits 701-706, 708. In summary, the parties have agreed stipulations on the following topics:

1. Exhibit 701: Metropolitan Police Department Body-Worn Camera footage;
2. Exhibit 702: United States Capitol Police Closed Circuit Video Monitoring;
3. Exhibit 703: Hank Muntzer's Cell Phone;
4. Exhibit 704: The Certification of the Electoral College Vote;
5. Exhibit 705: Hank Muntzer's Facebook and Time Conversion of Facebook Exhibits;
6. Exhibit 706: Open-Source Media;
7. Exhibit 708: Economic Impact on Safeway Stores;

## VIII. Anticipated Witnesses

The government currently intends to call the following witnesses in either its case-in-chief or in rebuttal to the defendant's evidence.

**United States Capitol Police Lieutenant George McCree** will provide overview testimony regarding the riot that took place on January 6, 2021.

**United States Capitol Assistant Special Agent David Millard** will testify about his attempts, along with other members of law enforcement, to secure the West Terrace Door, through which Muntzer entered.

**Metropolitan Police Department Officer Robert Varga** will testify about his participation in the conflicts between law enforcement and rioters in the Rotunda, in which Muntzer was involved.

**Former Federal Bureau of Investigation Special Agent Mark Seyler** will testify regarding his investigation of the defendant. Former-Special Agent Seyler will also walk the Court through the video and photographic exhibits concerning the defendant's actions at the Capitol during and around the time of the riot.

**Federal Bureau of Investigation Special Agent Jason Bowen** will testify about his role in the investigation. He will also walk the Court through the video and photographic evidence and discuss the defendant's actions before, during, and after January 6, 2021.

## IX.  Updated Government Exhibit List

The Government's updated exhibit list is included in this filing as Attachment 1.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

Dated: January 31, 2024      By:      */s/ Brian D. Brady*
BRIAN D. BRADY
Trial Attorney, Department of Justice
DC Bar No. 1674360
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-1916
Brian.Brady@usdoj.gov

*/s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
(202) 252-7125
sean.brennan@usdoj.gov

11