UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-105 |
| | : | |
| HENRY PHILLIP MUNTZER | : | |
| (a/k/a "HANK MUNTZER") | : | |
| | : | |
| Defendant. | : | |

**Government Exhibits**

| 100 Series – CCTV, BWC, and Related Materials | | | | | |
|---|---|---|---|---|---|
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
| 101 | Map of Muntzer's Path in the Capitol | | | | |
| 102.1 | CCTV 0126 Upper West Terrace | | | | |
| 102.2 | CCTV 0912 Upper West Terrace Door | | | | |
| 102.3 | CCTV 0686 Rotunda Foyer | | | | |
| 102.4 | CCTV 0729 Rotunda Foyer | | | | |
| 102.5 | CCTV 0218 Rotunda | | | | |
| 102.6 | CCTV 0959 Rotunda | | | | |
| 102.7 | CCTV 0960 Rotunda | | | | |
| 103.1 | BWC Sgt. Alali | | | | |
| 103.2 | BWC Christopher Owens | | | | |
| 103.3 | BWC Benjamin Rubin | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 103.4 | BWC Brian Israel | 2 | | | |
| 103.5 | BWC Roger Lowery | | | | |
| 103.6 | BWC Damian Chapman | | | | |
| 103.7 | BWC Lauren Green | | | | |
| 103.8 | BWC Kullen Harris | | | | |
| 103.9 | BWC Jonathan Monroe | | | | |
| 103.10 | BWC Christopher Brown | | | | |
| 103.11 | BWC Enis Jevric | | | | |
| **200 Series – Rioter and Civilian Videos and Images** | | | | | |
| 201 | FreedomNews Memorial Doors | | | | |
| 202 | ITV news | | | | |
| 203 | Muntzer Interview after Jan 6 | | | | |
| ~~204~~ | ~~Muntzer Rotunda high-five~~ | | | | |
| ~~205~~ | ~~Townhall Media Rotunda footage~~ | | | | |
| 206 | Daily Caller Rotunda footage | | | | |
| ~~207~~ | ~~FreedomNews Rotunda~~ | | | | |
| 208 | FX Muntzer against police line hallway off Rotunda | | | | |
| 209 | FX Rotunda Muntzer in middle of Rotunda against police | | | | |
| 210 | Muntzer battling with offices in Rotunda doorway | | | | |
| 211 | Muntzer Interview at Washington Monument Jan 6 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 212 | Muntzer ascending lower west terrace stairs | 3 | | | |
| ~~213~~ | ~~Muntzer exiting Senate side into Rotunda~~ | | | | |
| 214 | Getty Images Video Muntzer fighting middle of Rotunda | | | | |
| 215 | Capitol Hill Occupy Clip Muntzer Rotunda fighting | | | | |
| 216.1 | Picture of Muntzer on LWT | | | | |
| 216.2 | Picture of Muntzer in the Rotunda | | | | |
| 216.3 | Picture of Muntzer in hallway off the Rotunda | | | | |
| 216.4 | Picture of Muntzer on LWT looking to West | | | | |
| 216.5 | Newspaper Article quoting Muntzer | | | | |
| 217 | Sidlo Video of Muntzer being sprayed in the Old Senate Chamber hallway | | | | |
| 218 | Ridge Video of Muntzer after being sprayed | | | | |
| 219 | William Parker Video of Muntzer's march to the Capitol | | | | |
| 220.1 | Video of Former President Trump's Speech at "Stop the Steal" Rally [C-SPAN] | | | | |
| 220.2 | Transcript of Former President Trump's Speech at "Stop the Steal" Rally [Associated Press] | | | | |
| 221 | News Interview with Muntzer | | | | |
| 222 | Upper West Terrace door with fire alarms going off | | | | |
| **300 Series – Cell phone and Social Media Evidence from Muntzer** | | | | | |
| 301.1 | 11.4.2020 Facebook message, "electoral votes" | | | | |
| 301.2 | 12.4.2020 Facebook post, "voter fraud . . . electoral votes" | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 301.3 | 12.7.2020 Facebook comment, "states to certify the election" | | | | | |
| 301.4 | 12.12.2020 Facebook post, "Supreme Court would not hear lawsuits" | | | | | |
| 301.5 | 12.22.2020 Facebook post, "January 6th . . . I will pay for some or all the expenses" | | | | | |
| 301.6 | 12.27.2020 Facebook post, "we are coming, and we are one pissed off group. We would rather die on our feet and be free than to live on Our Knees as a slave." | | | | | |
| 301.7 | 12.27.2020 Facebook post, "This is why I will be in Washington DC on the 6th of January" | | | | | |
| 301.8 | 12.30.2020 Facebook post, "The secret to defeating your enemy is to show up in masses. You see when you surround your enemy with such overwhelming force, you can defeat your enemy without even firing a shot." | | | | | |
| 301.9 | 1.2.2021 Facebook comment, "tar and feather the politicians" | | | | | |
| 301.10 | 1.2.2021 Facebook post, "YOU AIN'T GOTTA FEAR PENCE ANYMORE GUYS…THE REAL VP IS FIXING TO TAKE OVER" | | | | | |
| 301.11 | 1.4.2021 Facebook post, "Vice president Mike Pence is a traitor and will face execution." | | | | | |
| 301.12 | 1.6.2021 Facebook message, "I was able to get past the capital police and entered 4 chambers." | | | | | |
| 301.13 | 1.6.2021 Facebook post, "people were getting pepper sprayed at the doorway to the Capitol . . . we pushed through the capital police and entered several Chambers." | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 301.14 | 1.6.2021 Facebook post, "We sent a message we're not going to take it . . . the burning only made me more determined . . . 1776 was the last time the capital was stormed is what I was told. History in the making." | 5 | | | |
| 301.15 | 1.6.2021 Facebook post, "we storm the capitol and got above the guards. Then entered the capital in DC." | | | | |
| 301.16 | 1.8.2021 Facebook message, "[the police] instantly start spraying us pepper spray and hit us with batons. Every time this happened they lost ground and we pushed him further down the corridors." | | | | |
| 301.17 | 1.10.2021 Facebook comment, "We arrived and could hear the small explosions then realized they were shooting tear gas at everyone." | | | | |
| 301.18 | 1.10.2021 Facebook post, "people everywhere climbing on scaffolding . . . they started spraying us with pepper spray. That's when everyone started pushing against the guards that were at the end of these hallways . . . They sprayed me a lot . . . we left at 4 then it's 6 they returned to Congress like nothing happened. | | | | |
| 301.19 | Muntzer Facebook groups | | | | |
| 301.20 | Muntzer's business he posted on Facebook | | | | |
| 302.1 | Picture from Muntzer's Phone at Washington Monument | | | | |
| 302.2 | Picture from Muntzer's Phone of interviewer at Washington Monument | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 302.3 | Picture from Muntzer's Phone at "Save America" rally | | | | |
| 302.4 | "We just stormed the Capitol" video | | | | |
| 302.5 | "Taking Capitol by storm" video | | | | |
| 302.6 | "We taking back our house" video | | | | |
| 302.7 | Hallway off Rotunda with line of officers video | | | | |
| 302.8 | Picture from Muntzer's Phone Capitol fencing | | | | |
| 302.9 | Consent to search Muntzer's cell phone | | | | |
| **400 Series – Physical Evidence** | | | | | |
| 401 | TBD | | | | |
| **500 Series – Legal and Congressional Records** | | | | | |
| 501 | Twelfth Amendment to U.S. Constitution | | | | |
| 502.1-502.4 | 3 U.S.C. § 15 | | | | |
| 502.2 | 3 U.S.C. § 16 | | | | |
| 502.3 | 3 U.S.C. § 17 | | | | |
| 502.4 | 3 U.S.C. § 18 | | | | |
| 503 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | | |
| 504 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | | | | |
| 505 | Concurrent Resolution, dated January 3, 2021 | | | | |
| 506 | US Capitol Survey Map | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 507 | Timeline of Election Cert Video | | | | |
| 508 | Certification of Congressional Videos | | | | |
| **600 Series – Other** | | | | | |
| 601 | Capitol Riot Overview Video | | | | |
| 602 | LWT CCTV Time-lapse Video | | | | |
| 603 | Evacuation of VP Video | | | | |
| 604 | Head of State Notice Email | | | | |
| 605.1 | Area closed signs along outer perimeter | | | | |
| 605.2 | Mob pushing into bike racks | | | | |
| 605.3 | Downed fencing | | | | |
| 605.4 | View of Capitols outer and middle perimeters | | | | |
| 605.5 | Bike rack with area closed sign | | | | |
| 606 | DC Mayor Citywide Curfew Order | | | | |
| 607 | Business Records Certification and Safeway Business Records | | | | |
| 608 | Capitol Restricted Perimeter Map | | | | |
| 609 | Interior Maps of the Capitol (basement through third floor) | | | | |
| **700 Series – Stipulations** | | | | | |
| 701 | Metropolitan Police Department Body Worn Camera | | | | |
| 702 | U.S. Capitol Police Closed Circuit Video Monitoring | | | | |
| 703 | Muntzer's Cell Phone | | | | |

7

| 704 | Certification of the Electoral College Vote | | | | |
| --- | --- | --- | --- | --- | --- |
| 705 | Muntzer's Facebook and Time Conversion of Facebook Exhibits | | | | |
| 706 | Open-Source Media | | | | |
| 707 | The U.S. Capitol Building and Grounds | | | | |
| 708 | Economic Impact on Safeway Stores | | | | |

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:

/s/ *Brian D. Brady*
Brian D. Brady
Trial Attorney, Department of Justice
DC Bar No. 1674360
1301 New York Ave. N.W., Suite 800
Washington, DC 20005
(202) 834-1916
Brian.Brady@usdoj.gov

*/s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
(202) 252-7125
sean.brennan@usdoj.gov

8