**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-105 (JMC) |
| : | |
| **HENRY PHILLIP MUNTZER,** : | |
| : | |
| also known as "Hank Muntzer" : | |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S RESPONSE TO COURT'S RULING REGARDING
### 18 U.S.C. § 1752 IN *UNITED STATES V. SAMSEL*

On Friday, the Court delivered its verdict in *United States v. Samsel*, 21-cr-537 (JMC). The United States understands that the Court adopted Judge Cooper's ruling in *United States v. Groseclose*, 21-cr-311 (CRC), and required the government to show, in order to prove a violation of 18 U.S.C. § 1752, that a defendant knew that the Vice President or a Secret Service protectee was or would be visiting the Capitol on January 6, 2021.

The government respectfully disagrees with the Court's ruling and directs the Court to a brief the government recently filed addressing the *mens rea* required under Section 1752, which includes a response to Judge Cooper's ruling in *Groseclose*, attached as Exhibit A. In its briefing, the government explains why the protectee's presence is best understood as a jurisdictional element not subject to the statute's knowledge requirement, among other arguments.

The government respectfully requests that the Court reconsider its view of Section 1752's *mens rea* in light of these arguments not previously presented to the Court. In any event, the government expects that the evidence at trial will show that the defendant knew that Vice President Pence would be present at the Capitol on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

Dated: February 4, 2024     By:     */s/ Brian D. Brady*
BRIAN D. BRADY
Trial Attorney, Department of Justice
DC Bar No. 1674360
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-1916
Brian.Brady@usdoj.gov

*/s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
(202) 252-7125
sean.brennan@usdoj.gov