## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Case No. 21-cr-105 (JMC)** |
| | : | |
| HENRY PHILLIP MUNTZER, | : | |
| | : | |
| Also Known As "Hank Muntzer" | : | |
| | : | |
| Defendant. | : | |

## <u>VERDICT FORM</u>

I, Judge Jia M. Cobb, find defendant **Henry Phillip Muntzer**:

_Guilty_
"Guilty" or "Not Guilty"

of the offense charged in Count 1 of the Indictment (Obstruction of an Official Proceeding and Aiding and Abetting; 18 U.S.C. §§ 1512(c)(2), 2)

_Guilty_
"Guilty" or "Not Guilty"

of the offense charged in Count 2 of the Indictment (Civil Disorder; 18 U.S.C. § 231(a)(3))

_Guilty_
"Guilty" or "Not Guilty"

of the offense charged in Count 3 of the Indictment (Entering and Remaining in a Restricted Building or Grounds; 18 U.S.C. § 1752(a)(1))

_Guilty_
"Guilty" or "Not Guilty"

of the offense charged in Count 4 of the Indictment (Disorderly and Disruptive Conduct in Restricted Building or Grounds; 18 U.S.C. § 1752(a)(2))

_Guilty_
"Guilty" or "Not Guilty"

of the offense charged in Count 5 of the Indictment (Disorderly and Disruptive Conduct in a Capitol Building; 40 U.S.C. § 5104(e)(2)(D))

_Guilty_

"Guilty" or "Not Guilty"

of the offense charged in Count 6 of the Indictment (Parading, Demonstrating, or Picketing in a Capitol Building; 40 U.S.C. § 5104(e)(2)(G))

Signed this 7th day of February, 2024.

_Jia M. Cobb_

Judge/Judge Jia M. Cobb
United States District Judge