# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States v. Muntzer**              **Crim. No. 21-105(JMC)**

## Defendant's Exhibits

| No. | Description | Date | Identified | Admitted | Witness |
|---|---|---|---|---|---|
| 1 | 102.2 Trim | 2/6/24 | ← → | 2/6/24 | |
| 2 | 102.1 Trim | 2/6/24 | ← → | 2/6/24 | |
| 3 | 102.4 Trim | 2/6/24 | ← → | 2/6/24 | |
| 4 | Defendant TV Interview (Trim) FRE 106 addition to Gov 221 | | | | |