UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLMBIA

UNITED STATES OF AMERICA     :

    v.                                                       :       Crim, No. 21-cr-105 (JMC)

HENRY PHILLIP MUNTZER       :

**MOTION TO ALLOW DEFENDANT TO VIRTUALLY APPEAR
AT HIS BOND REVOCATION HEARING**

Henry Muntzer, through counsel, moves this Honorable Court to allow him to virtually appear at his March 15, 2024, Bond Revocation Hearing. He states the following in support thereof:

1. Muntzer's pre-trial release conditions order him to "Stay away from Washington, DC except for court, meetings with attorney or PSA." See, Dkt. # 11.

2. During the trial, Muntzer stayed in a group home and walked/ran to court each day. He remained in the District until his return flight several days later. Counsel did not interpret the conditions to mean that he could not stay overnight in DC when attending court proceedings.

3. After the Court announced the verdict, counsel went down to pre-trial services with Muntzer to ensure that they knew he was

remaining in DC. His pre-trial services officer was not in, but counsel obtained a telephone number for her and contacted her from the courthouse.

4. Defendant's pre-trial services officer expressed concern that Muntzer was staying in DC but told counsel that he should not venture out into the city while he remained here. Muntzer did venture out to attend a peaceful vigil/protest at the DC Jail which now results in this revocation hearing.

5. Counsel moves to have this hearing to be held virtually. If the Court is inclined to revoke Muntzer's bond, he can and will surrender himself to the US Marshal Service in Montana.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
202.234.7300

## **CERTIFICATE OF SERVICE**

I hereby certify that this motion was served upon all counsel of record via the Court's CM/ECF System on this 6th day of March 2024.

_____/s/_____
Christopher M. Davis