UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No.: 1:21-cr-105 (JMC) |
| | ) |
| HENRY PHILLIP MUNTZER | ) |
| | ) |
| **Defendant** | ) |

**UNOPPOSED MOTION TO LATE FILE MOTION FOR
JUDGEMENT OF ACQUITTAL AS TO COUNT TWO**

Henry Muntzer, by and through counsel moves this Honorable Court to allow him to file the above referenced motion out of time.

1. On February 7 2024, Muntzer was convicted by this Honorable Court after a two-day bench trial. Muntzer renewed all motions made before and during trial, and then moved for a judgement of acquittal on all counts.

2. Muntzer moves this Court to allow him to file this written motion for Judgement of Acquittal as to Count Two of his superseding indictment.

3. The United States, represented by Brian Bardy, does not oppose this filing out of time.

RESPECTFULLY SUBMITTED

*/s/ Christopher M. Davis*
Davis & Davis
1350 Connecticut Ave, NW Suite 202
Washington, DC 20036
(202) 234-7300

**CERTIFICATE OF SERVICE**

I hereby certify I have on this 21st day of May, filed the above and foregoing using the

Court's Electronic Filing System (ECF) which sent a true and correct copy to all counsel of record.

/s/ _____
Christopher M. Davis