# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **Crim, No. 21-cr-105 (JMC)** |
| **HENRY PHILLIP MUNTZER** | : | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Late File his Motion for Judgement of Acquittal as to Count Two, it is on this _____ day of _____ hereby

**ORDERED** the motion is **GRANTED.**

.

_____

Jia M. Cobb
United States District Judge