**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | :    **Crim, No. 21-cr-105 (JMC)** |
| **HENRY PHILLIP MUNTZER** | : |

**ORDER**

Upon consideration of the Defendant's Motion for Judgement of Acquittal as to Count Two, and any opposition thereto, it is on this _____ day of June hereby

    **ORDERED** the motion is **GRANTED.**

 

                                                                                                                   _____

                                                                                                                    Jia M. Cobb
                                                                                                                    United States District Judge