https://www.dillontribune.com/news/dillon-man-faces-revocation-in-jan-6-case/article_f048de70-d813-11ee-b201-53a8b9b868d3.html

# Dillon man faces revocation in Jan. 6 case

Casey S. Elliott Dillon Tribune staff
Mar 6, 2024



MUNTZER

A Dillon man recently convicted in a bench trial for his Jan. 6 conduct is now facing a potential bond revocation for allegedly failing to check in with a probation officer and traveling to the Capitol for a Jan. 6 event.

Hank Muntzer, the owner of Dillon Appliance on South Atlantic Street, must attend a bond revocation hearing March 15 in Washington D.C. Muntzer told the Dillon Tribune his bond conditions allow him to travel anywhere in Montana and Idaho, and he can travel elsewhere if he gives 10 days prior notice to his probation officer and is approved for travel.

"I went to a Jan. 6 vigil at the prison," he said last week, adding he was in D.C. a week before his bench trial to talk with his attorney and was given a ride to the vigil by another. "It wasn't very far, like four- to five minutes from where I was staying, to participate in that. To honor those that passed away.

"Now I'm being told to go back to D.C. because I'm in violation because somebody in Florida reported it. She runs a tarot card business or something like that. She said I was in violation to my check-in lady."

Muntzer added the probation officer is part of the problem, as he called that person multiple times to report when he was traveling and accused them of hanging up on him.

"I'm about to expose her in a big way, and have her removed from representing anyone on Jan. 6 cases because of her bias," he said.

Muntzer was convicted Feb. 7 following a two-day bench trial for felony counts of obstruction of an official proceeding and civil disorder; and misdemeanor charges of entering and remaining in a restricted building or grounds, disorderly and disruptive conduct in a restricted building or grounds, disorderly conduct in a Capitol building, and parading, demonstrating or picketing in a Capitol building. He faces up to 20 years in federal prison on the most serious charge.

"I possibly could be arrested. I possibly could walk out and wait here until the sentencing hearing," he said. Sentencing is currently set for June 20 in Washington, D.C. "This is nothing more than being political hostages. That's what we are right now. I complied with everything. I showed up to everything. I called in every single time, and I have proof that I've done it. And yet they lie that that hasn't occurred — that's mainly because of this check-in officer."

Muntzer reported these accusations to Beaverhead County Sheriff David Wendt, and asked Wendt to make note of them if he got in trouble. Wendt confirmed Muntzer did speak to him about these issues.

Muntzer said he plans to appeal the conviction, and he is working on a Jan. 6 documentary that would "exonerate me," and would "show the entire course of actions of what happened."

Muntzer accused the prosecution of lying about not having evidence that would show Muntzer did not commit illegal acts. He also said he was attacked by two officers that day. He said he and his attorney asked for all video evidence, from every angle, inside the rotunda for the time he was there, but was told the prosecution had given him all they had.

"The judge and the other people were trying to prevent me from bringing out video footage of the Capitol," he said. "I know they withheld it, because it was in other people's court cases where it was used. It is necessary to bring out the entire set of facts."

Muntzer said he was also not allowed to bring some evidence in his defense because it was considered classified material. When asked where he obtained that information, he told the Tribune that he could not answer that.

"I don't disclose everything to my attorney — even though he's a good attorney. This is a 'need to know' basis. He doesn't understand what's going on, and there's certain things that can't be given to him until it's necessary," Muntzer said. "I don't communicate by email — with necessary information I talk to him face-to-face."

Muntzer said he did that because he believed the federal government "went past attorney-client privilege" as it related to former President Donald Trump's communications with Rudy Giuliani, his attorney at the time.

"We were led into the building. I want to release the videos of them letting us in, so people can see what actually happened that day, so they can come to their own conclusions," he added. "Not to the conclusions that came out of a court record, which is skewed, or information from reporting by other people because they have a bias toward people that were there."

Casey S. Elliott can be reached by email at celliott@dillontribune.com or by calling 406-582-2665.

## Casey S. Elliott