UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-105 (JMC) |
| | : | |
| **HENRY PHILLIP MUNTZER,** | : | |
| also known as "Hank Muntzer" | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT

On June 17, 2024, this Court vacated the sentencing hearing scheduled for June 20, 2024, and ordered the parties to submit, within fourteen days of the Supreme Court issuing its decision in *Fischer v. United States*, No. 23-5572, a status report proposing dates for sentencing and any other further proceedings the parties deem necessary in this case. *See* Minute Order Jun. 17, 2024. The Supreme Court issued its decision in *Fischer* on Friday, June 28, 2024. The defendant in this case, Hank Muntzer, remains on release pending any future sentencing date.

The parties jointly request that the deadline for this status report be extended until August 8, 2024. The government is evaluating the Supreme Court's decision, which affects many defendants in this prosecution. In *Fischer*, the Court held that Section 1512(c) does not cover "all means of obstructing, influencing, or impeding any official proceeding." However, the Court did not reject the application of 1512(c)(2) to January 6. Rather, the Court explained that the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding—such as witness testimony or intangible information—or attempted to do so. The Supreme Court has remanded the case to the D.C. Circuit for further proceedings. Through those further proceedings, the Court of Appeals will interpret the scope of the statute in light of the Supreme Court's decision.

Out of respect for judicial economy, and to ensure a uniform and consistent approach before each judge of the District and Circuit, the government will evaluate its approach to 1512(c)(2) carefully.

For these reasons, the parties request that the Court extend the due date to file their joint status report proposing sentencing dates and any other further proceedings to August 8, 2024.

Respectfully submitted,

FOR THE DEFENDANT

FOR THE UNITED STATES

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Christopher M. Davis*
Christopher M. Davis
DAVIS & DAVIS
DC Bar No. 385582
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
(202) 234-7300
cmdavisdc@gmail.com

BY: */s/ Brian D. Brady*
BRIAN D. BRADY
Trial Attorney, Department of Justice
DC Bar No. 1674360
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-1916
Brian.Brady@usdoj.gov

*/s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
(202) 252-7125
sean.brennan@usdoj.gov