UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-105 (JMC) |
| : | |
| HENRY PHILLIP MUNTZER, : | |
| also known as "Hank Muntzer" : | |
| : | |
| Defendant. : | |
| : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Henry Muntzer, through his attorney, hereby submit this status report in response to this Court's June 17, 2024 and July 9, 2024 Minute Orders.

In January 2023, a grand jury charged Muntzer, via a superseding indictment, with six criminal offenses in connection with his conduct on January 6, 2021, including obstruction of an official proceeding in violation of 18 U.S.C. §§ 1512(c)(2) and 2 ("Count One"). ECF No. 50. Muntzer moved to dismiss Count One, ECF No. 64, and this Court denied the motion. *See* Jan. 18, 2024 Minute Entry. Following a bench trial, this Court found Muntzer guilty of all six counts of the superseding indictment on February 7, 2024. ECF No. 80. The case was initially set for sentencing on June 20, but this Court later vacated that sentencing date and ordered the parties, no later than fourteen days after the Supreme Court issued its opinion in *Fischer v. United States*, 144 S. Ct. 2176 (2024), to submit a joint status report proposing dates for sentencing and any other further proceedings that might be necessary. *See* Jun. 17, 2024 Minute Order. Upon motion from the parties, the Court then extended the deadline for this joint status report to August 8, 2024. *See* Jul. 9, 2024 Minute Order.

On June 28, 2024, the Supreme Court issued an opinion in *Fischer*, holding that Section

1512(c) does not cover "*all* means of obstructing, influencing, or impeding any official proceeding." *Fischer*, 144 S. Ct. at 2185. The Court held that, to prove a violation of Section 1512(c)(2), the government must establish that the defendant impaired the availability or integrity for use in an official proceeding of records, documents, objects, or other things used in the proceeding—such as witness testimony or intangible information—or that the defendant attempted to do so. *Id.* at 2186, 2190. The Supreme Court remanded the cases to the D.C. Circuit for further proceedings to assess the sufficiency of the indictment on that count. *Id.* at 2190.

The parties agree that additional litigation would be needed to determine the impact of the Supreme Court's decision in *Fischer* on Muntzer's conviction on Count One. In the interest of proceeding efficiently toward sentencing on Muntzer's other counts of conviction, the government has determined that it will move to dismiss Count One. A motion to dismiss Count One is filed contemporaneously with this Joint Status Report. Muntzer, through his attorney, has indicated that he does not oppose the government's motion.

To facilitate sentencing Muntzer on the remaining offenses of conviction, the parties jointly request that the Court instruct the Office of Probation and Pretrial Services to file an amended presentence report in this case, with an updated U.S. Sentencing Guidelines calculation reflecting the dismissal of Count One.

The parties have conferred and have identified mutual availability for a sentencing hearing on the following dates and times:

- o Monday, September 23, 2024 (before 12:00 p.m.)
- o Tuesday, September 24, 2024 (before 12:00 p.m.)
- o Wednesday, September 25, 2024 (all day)
- o Thursday, September 26, 2024 (all day)
- o Friday, September 27, 2024 (before 12:00 p.m.)

The parties request an opportunity to file revised Sentencing Memoranda, to be due approximately

two weeks prior to the sentencing hearing.

Respectfully submitted,

FOR THE DEFENDANT

FOR THE UNITED STATES

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Christopher M. Davis*
Christopher M. Davis
DAVIS & DAVIS
DC Bar No. 385582
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
(202) 234-7300
cmdavisdc@gmail.com

BY:  */s/ Brian D. Brady*
BRIAN D. BRADY
Trial Attorney, Department of Justice
DC Bar No. 1674360
601 D Street, N.W.
Washington, D.C. 20530
(202) 834-1916
Brian.Brady@usdoj.gov

*/s/ Sean J. Brennan*
SEAN J. BRENNAN
Assistant United States Attorney
NY Bar No. 5954128
601 D Street NW
Washington, DC 20530
(202) 252-7125
sean.brennan@usdoj.gov