IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**HENRY PHILLIP MUNTZER,**<br>also known as "Hank Muntzer"<br><br>   **Defendant.** | **Case No. 21-cr-105 (JMC)** |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, through undersigned counsel, hereby gives this notice pursuant to Local Criminal Rule 49 that the following exhibits were provided to defense counsel and to the Court on October 9, 2024. These exhibits will be offered into evidence during the sentencing hearing scheduled for October 10, 2024.

The proposed exhibits are as follows:

A. **Gov. Sent. Ex. 1**: An 18-second clip of open-source video footage depicting the defendant attending the so-called "Freedom Corner" vigil, in support of January 6 defendants, outside of the D.C. jail on February 9, 2024.

B. **Gov. Sent. Ex. 2**: A 60-second clip of a video interview the defendant gave to "The America Happens Network" on or around April 1, 2024, in which he discusses this case and the events of January 6, 2021.

If the Court accepts these proposed exhibits into evidence on October 10, 2024, the United States takes the position that the entered exhibits should be promptly released to the public.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney

BY:   */s/ Sean J. Brennan*
        SEAN J. BRENNAN
        Assistant United States Attorney
        NY Bar No. 5954128
        601 D Street NW
        Washington, DC 20530
        sean.brennan@usdoj.gov
        (202) 252-7125