Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
) 
vs. ) Criminal No. 21-CR-0105-JMC
)
HENRY PHILLIP MUNTZER )

### NOTICE OF APPEAL

Name and address of appellant:   Henry Phillip Muntzer
115 S. Atlantic Street
Dillon, Montana 59725

Name and address of appellant's attorney:   Christopher M. Davis
1350 Connecticut Ave., NW
Suite 202
Washington, DC 20036

Offense:   18 USC §231(a)(3); 18 USC §1752(a)(1) & (a)(2); 40 USC § 5104(e)(2)(D) & (e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

On October 10 Defendant was sentenced to a total of 24 months incarceration followed by 1 year supervised release

Name and institution where now confined, if not on bail:   n/a

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10-11-24
DATE

Hank Muntzer (cmd)
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [✓]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✓]
Has counsel ordered transcripts?   YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]