APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00105−JMC</u>−1

Case title: USA v. MUNTZER

Magistrate judge case number: 1:21−mj−00043−ZMF

Date Filed: 02/10/2021

Assigned to: Judge Jia M. Cobb

**Defendant (1)**

| | | |
|---|---|---|
| **HENRY PHILLIP MUNTZER** <br> *also known as* <br> HANK MUNTZER | represented by | **Christopher Michael Davis** <br> DAVIS & DAVIS <br> 1350 Connecticut Avenue, NW <br> Suite 202 <br> Washington, DC 20036 <br> (202) 234−7300 <br> Fax: (202) 830−0056 <br> Email: cmdavisdc@gmail.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* |
| | | **William Lee Shipley , Jr.** <br> LAW OFFICES OF WILLIAM L. SHIPLEY <br> PO Box 745 <br> Kailua, HI 96734 <br> 808−228−1341 <br> Email: 808Shipleylaw@gmail.com <br> *TERMINATED: 06/22/2023* <br> *LEAD ATTORNEY* <br> *Designation: Retained* |
| | | **David Walker Bos** <br> FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA <br> 625 Indiana Avenue, NW <br> Suite 550 <br> Washington, DC 20004 <br> (202) 208−7500 <br> Fax: (202) 208−7515 <br> Email: david_bos@fd.org <br> *TERMINATED: 06/14/2022* <br> *Designation: Public Defender or Community Defender Appointment* |

**Ubong E. Akpan**
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208–7500
Fax: (202) 208–7515
Email: ubong_akpan@fd.org
*TERMINATED: 06/14/2022*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | |
| 18:1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1s) | DISMISSED ON GOVERNMENTS MOTION. |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2) | |
| 18:231(a)(3); CIVIL DISORDER; Civil Disorder (2s) | Defendant sentenced to twenty–four (24) months of incarceration, all terms of incarceration to run concurrent. Followed by twelve (12) months of supervised release, to run concurrent to Count 3s and 4s. Special Assessment of $100. Restitution of $2000. |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3) | |
| 18:1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and | Defendant sentenced to twelve (12) months of incarceration, all terms of incarceration to run concurrent. Followed by twelve (12) months of |

| | |
|---|---|
| Remaining in a Restricted Building or Grounds (3s) | supervised release, to run concurrent to Count 2s and 4s. Special Assessment of $25. Restitution of $2000. |
| 40 U.S.C. 5104(e)(2)(D); FEDERAL STATUTES, OTHER; Disorderly Conduct in a Capitol Building (4) | |
| 18:1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (4s) | Defendant sentenced to twelve (12) months of incarceration, all terms of incarceration to run concurrent. Followed by twelve (12) months of supervised release, to run concurrent to Count 2s and 3s. Special Assessment of $25. Restitution of $2000. |
| 40 U.S.C. 5104(e)(2)(G); FEDERAL STATUTES, OTHER; Parading, Demonstrating, or Picketing in a Capitol Building (5) | |
| 40:5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (5s) | Defendant sentenced to six (6) months of incarceration, all terms of incarceration to run concurrent. Special Assessment of $10. Restitution of $2000. |
| 40:5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (6s) | Defendant sentenced to six (6) months of incarceration, all terms of incarceration to run concurrent. Special Assessment of $10. Restitution of $2000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in Violation of 18:1752(a)(1) and (2) and | |

40:5104(e)

**Plaintiff**

**USA**            represented by    **Brian Daniel Brady**
DOJ−CRM
1301 New York Avenue NW
Washington DC, DC 20005
(202) 834−1916
Email: brian.brady@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michael Matthew Gordon**
DOJ−USAO
Criminal Division, Violent Crimes and Narcotics Section
400 North Tampa Street
Suite 3200
Tampa, FL 33602
(813) 274−6370
Email: michael.gordon3@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Jacob Strain**
DOJ−USAO
Lrm Atencio,Barbara
111 South Main Street
#1800
Salt Lake City, UT 84111
801−325−3285
Email: jacob.strain@usdoj.gov
*TERMINATED: 03/03/2022*
*Designation: Assistant U.S. Attorney*

**Sean Brennan**
DOJ−USAO
Criminal Division − Capitol Siege Section
601 D St NW
Washington, DC 20579
202−252−7125
Email: sean.brennan@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Susan Lehr**
DOJ−USAO
1620 Dodge Street

Suite 1400
Omaha, NE 68102–1506
(402) 661–3715
Email: susan.lehr@usdoj.gov
*TERMINATED: 06/14/2022*
*Designation: Assistant U.S. Attorney*

**Vivien Jo Cockburn**
U.S. ATTORNEY'S OFFICE
Major Crimes Section
555 4th Street N.W.
Washington, DC 20530
(202) 252–7245
Email: vivien.cockburn@usdoj.gov
*TERMINATED: 07/26/2021*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2021 | 1 | SEALED COMPLAINT as to HENRY PHILLIP MUNTZER (1). (Attachments: # 1 Affidavit in Support) (zstd) [1:21–mj–00043–ZMF] (Entered: 01/13/2021) |
| 01/13/2021 | 3 | MOTION to Seal Case by USA as to HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21–mj–00043–ZMF] (Entered: 01/13/2021) |
| 01/13/2021 | 4 | ORDER granting 3 Motion to Seal Case as to HENRY PHILLIP MUNTZER (1). Signed by Magistrate Judge Zia M. Faruqui on 1/13/2021. (zstd) [1:21–mj–00043–ZMF] (Entered: 01/13/2021) |
| 01/18/2021 | 5 | MOTION to Unseal Case by USA as to HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(bb) [1:21–mj–00043–ZMF] (Entered: 01/19/2021) |
| 01/19/2021 | 6 | ORDER Granting 5 MOTION to Unseal Case by USA as to HENRY PHILLIP MUNTZER (1). Signed by Magistrate Judge G. Michael Harvey on 1/19/2021. (zpt) [1:21–mj–00043–ZMF] (Entered: 01/21/2021) |
| 01/19/2021 |  | Case unsealed by Magistrate G. Michael Harvey as to HENRY PHILLIP MUNTZER. (zhsj) [1:21–mj–00043–ZMF] (Entered: 01/21/2021) |
| 01/19/2021 |  | Arrest of HENRY PHILLIP MUNTZER in District of Montana. (zpt) [1:21–mj–00043–ZMF] (Entered: 02/02/2021) |
| 01/28/2021 | 10 | Arrest Warrant, dated 1/13/2021, Returned Executed in the U.S. District Court for the District of Columbia on 1/28/2021 as to HENRY PHILLIP MUNTZER. (zpt) [1:21–mj–00043–ZMF] (Entered: 02/02/2021) |
| 01/28/2021 |  | ORAL MOTION to Appoint Counsel by HENRY PHILLIP MUNTZER. (zpt) [1:21–mj–00043–ZMF] (Entered: 02/02/2021) |
| 01/28/2021 |  | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to HENRY PHILLIP MUNTZER (1) held on 1/28/2021. Oral Motion to Appoint Counsel by HENRY PHILLIP MUNTZER (1) Heard and Granted. Government does not seek the Defendant's pretrial detention. Preliminary Hearing set for 2/12/2021 at 01:00 PM in Telephonic/VTC before |

| | | |
|---|---|---|
| | | Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: Crystal Pilgrim; Defense Attorney: David Bos; US Attorney: David Kent; Pretrial Officer: Masharia Holman; (zpt) [1:21−mj−00043−ZMF] (Entered: 02/02/2021) |
| 01/28/2021 | 11 | ORDER Setting Conditions of Release as to HENRY PHILLIP MUNTZER (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 1/28/2021. (Attachments: # 1 Appearance Bond) (zpt) [1:21−mj−00043−ZMF] (Entered: 02/08/2021) |
| 01/28/2021 | | MINUTE ORDER as to HENRY PHILLIP MUNTZER (1). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 1/28/2021. (zpt) [1:21−mj−00043−ZMF] (Entered: 02/09/2021) |
| 02/10/2021 | 13 | INDICTMENT as to HENRY PHILLIP MUNTZER (1) count(s) 1, 2, 3, 4, 5. (zltp) (Entered: 02/11/2021) |
| 02/11/2021 | | MINUTE ORDER as to HENRY PHILLIP MUNTZER (1). In light of the fact that Magistrate Case for defendant HENRY PHILLIP MUNTZER has closed and merged into Criminal Number 21−105, and an indictment has been filed, the preliminary hearing previously scheduled for February 12, 2021 before Judge Meriweather is VACATED. The parties are respectfully directed to address any scheduling requests to the presiding district judge, Judge Amit P. Mehta. Signed by Magistrate Judge Robin M. Meriweather on 2/11/2021. (zpt) (Entered: 02/12/2021) |
| 02/12/2021 | | NOTICE OF HEARING as to HENRY PHILLIP MUNTZER: Arraignment set for 2/19/2021 at 11:00 AM via video conference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747.(zjd) (Entered: 02/12/2021) |
| 02/19/2021 | | Set/Reset Hearings as to HENRY PHILLIP MUNTZER: Arraignment reset to 2/19/2021 at 11:15 AM via videoconference before Judge Amit P. Mehta. (zjd) (Entered: 02/19/2021) |
| 02/19/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Arraignment as to HENRY PHILLIP MUNTZER held on 2/19/2021 via video conference. Defendant arraigned on Counts 1−5. Plea of Not Guilty entered as to all counts. Defendant's Oral Motion for Speedy Trial Waiver was heard and granted. In the interest of justice (XT), the time from 2/20/2021 through and including 5/4/2021 shall be excluded in computing the date for speedy trial in this case. Additionally, the time from 2/20/2021 through and including 5/4/2021 shall also be excluded for the reasons mentioned in Standing Order 20−93. Status Conference set for 5/4/2021 at 2:00 PM before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance. Court Reporter: William Zaremba. Defense Attorney: David Bos. US Attorney: Vivien Cockburn. (zjd) (Entered: 02/19/2021) |
| 04/15/2021 | 15 | MOTION for Protective Order *Opposed* by USA as to HENRY PHILLIP MUNTZER. (Attachments: # 1 Affidavit, # 2 Exhibit, # 3 Exhibit, # 4 USCA Order)(Cockburn, Vivien) Modified on 1/18/2024 (zgf). (Entered: 04/15/2021) |
| 04/19/2021 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER. Defendant shall respond and state his objections to the United States' 15 Motion for Protective Order by April 22, 2021. Signed by Judge Amit P. Mehta on 4/19/2021. (lcapm3) (Entered: 04/19/2021) |
| 04/21/2021 | 16 | NOTICE *of Discovery* by USA as to HENRY PHILLIP MUNTZER (Cockburn, Vivien) (Entered: 04/21/2021) |
| 04/22/2021 | 17 | RESPONSE by HENRY PHILLIP MUNTZER re 15 MOTION for Protective Order *Opposed* (Bos, David) (Entered: 04/22/2021) |
| 04/29/2021 | 18 | REPLY TO OPPOSITION to Motion by USA as to HENRY PHILLIP MUNTZER re 15 MOTION for Protective Order *Opposed* (Cockburn, Vivien) (Entered: 04/29/2021) |
| 05/04/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to HENRY PHILLIP MUNTZER held on 5/4/2021 via videoconference. In the interests of justice (XT), and for the reasons stated on the record, the time from 5/5/2021 through and including 7/9/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 7/9/2021 at 11:30 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747. Bond Status of Defendant: remains on personal recognizance. Court Reporter: William Zaremba. Defense Attorney: David Bos. US Attorney: Vivien Cockburn. (zjd) (Entered: 05/05/2021) |
| 05/05/2021 | 20 | ORDER entering Protective Order Governing Discovery. See attached Order for details. Signed by Judge Amit P. Mehta on 5/5/2021. (lcapm3) (Entered: 05/05/2021) |
| 06/23/2021 | 21 | NOTICE *Of Discovery* by USA as to HENRY PHILLIP MUNTZER (Attachments: # 1 Discovery Correspondance)(Cockburn, Vivien) (Entered: 06/23/2021) |
| 07/06/2021 | | NOTICE OF HEARING as to HENRY PHILLIP MUNTZER: Status Conference reset to 7/9/2021 at 11:00 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy has circulated connection information to counsel. Members of the public may access the hearing by dialing the court's toll–free public access line: (877) 848–7030, access code 321–8747.(zjd) (Entered: 07/06/2021) |
| 07/09/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to HENRY PHILLIP MUNTZER held via videoconference on 7/9/2021. In the interests of justice, and for the reasons stated on the record, the time from 7/10/2021 through and including 9/2/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 9/2/2021 at 11:30 AM via videoconference before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: Vivien Cockburn; US Attorney: David Bos. (zjd) (Entered: 08/03/2021) |
| 07/20/2021 | 23 | NOTICE OF ATTORNEY APPEARANCE Jacob Strain appearing for USA. (Strain, Jacob) (Entered: 07/20/2021) |
| 07/26/2021 | 24 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to HENRY PHILLIP MUNTZER (Cockburn, Vivien) (Entered: 07/26/2021) |
| 08/17/2021 | 25 | NOTICE *of Status of Discovery* by USA as to HENRY PHILLIP MUNTZER (Attachments: # 1 Exhibit Examples of Defense Discovery Requests)(Strain, Jacob) (Entered: 08/17/2021) |

| | | |
|---|---|---|
| 08/26/2021 | 26 | NOTICE *of Status of Discovery* by USA as to HENRY PHILLIP MUNTZER (Strain, Jacob) (Entered: 08/26/2021) |
| 09/02/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to HENRY PHILLIP MUNTZER held via videoconference on 9/2/2021. In the interests of justice, and for the reasons stated on the record, the time from 9/3/2021 through and including 11/5/2021 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 11/5/2021 at 11:45 AM via videoconference before Judge Amit P. Mehta. The courtroom deputy will circulate connection information to counsel. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747.Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: David Bos; US Attorney: Jacob Strain; (zjd) (Entered: 09/02/2021) |
| 09/20/2021 | 28 | NOTICE *of Status of Discovery* by USA as to HENRY PHILLIP MUNTZER (Strain, Jacob) (Entered: 09/20/2021) |
| 10/12/2021 | 29 | NOTICE *of Discovery (Round 03)* by USA as to HENRY PHILLIP MUNTZER (Strain, Jacob) (Entered: 10/12/2021) |
| 10/21/2021 | 30 | NOTICE *of Status of Discovery* by USA as to HENRY PHILLIP MUNTZER (Strain, Jacob) (Entered: 10/21/2021) |
| 11/05/2021 | 32 | NOTICE *of Status of Discovery* by USA as to HENRY PHILLIP MUNTZER (Strain, Jacob) (Entered: 11/05/2021) |
| 11/05/2021 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to HENRY PHILLIP MUNTZER held via videoconference on 11/5/2021. In the interests of justice, and for the reasons stated on the record, the time from 11/6/2021 through and including 1/11/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 1/11/2022 at 12:00 PM before Judge Amit P. Mehta. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: David Bos; US Attorney: Jacob Strain. (zjd) (Entered: 11/05/2021) |
| 01/11/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to HENRY PHILLIP MUNTZER held via videoconference on 1/11/2022. In the interests of justice, and for the reasons stated on the record, the time from 1/12/2022 through and including 8/30/2022 shall be excluded in computing the date for speedy trial in this case. Status Conference set for 4/6/2022 at 12:30 PM via videoconference before Judge Amit P. Mehta. Pretrial Conference set for 8/23/2022 at 11:00 AM via videoconference before Judge Amit P. Mehta. Jury Trial set for 8/30/2022 at 9:30 AM in Courtroom 10 before Judge Amit P. Mehta. Members of the public may access the hearings by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: David Bos; US Attorney: Jacob Strain. (zjd) (Entered: 01/11/2022) |
| 01/11/2022 | 34 | PRETRIAL ORDER as to HENRY PHILLIP MUNTZER. Trial is set to commence in this matter on August 30, 2022, at 9:30 a.m., in Courtroom 10. The following deadlines shall govern this matter: (1) The parties shall file any motion pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)−(D) on or before June 1, 2022; oppositions shall be filed on or before June 15, 2022; and replies shall be filed on or before June 22, 2022. (2) The United States shall notify Defendant of its intention to |

| | | |
|---|---|---|
| | | introduce any Rule 404(b) evidence not already disclosed on or before July 8, 2022. (3) Motions in limine, if any, shall be filed on or before July 22, 2022; oppositions, if any, shall be filed on or before August 5, 2022; and replies, if any, shall be filed on or before August 12, 2022. (4) On or before August 16, 2022, counsel shall file a Joint Pretrial Statement. (5) The United States is directed to make grand jury and Jencks Act disclosures as to each of its witnesses on or before August 23, 2022. Any Brady material not already disclosed also shall be disclosed by this date. (6) The court will set a date for a hearing on Rule 12 pretrial motions, if necessary. (7) Counsel shall appear on August 23, 2022, at 11:00 a.m. in Courtroom 10, for a final Pretrial Conference. See the attached Order for additional details. Signed by Judge Amit P. Mehta on 01/11/2022. (lcapm3) (Entered: 01/11/2022) |
| 02/10/2022 | 35 | NOTICE *of Status of Discovery* by USA as to HENRY PHILLIP MUNTZER (Strain, Jacob) (Entered: 02/10/2022) |
| 03/03/2022 | 36 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Lehr, Susan added. Substituting for attorney Jacob Strain (Lehr, Susan) (Entered: 03/03/2022) |
| 04/04/2022 | | NOTICE OF HEARING as to HENRY PHILLIP MUNTZER: The Status Conference set for April 6, 2022 at 12:30 PM is hereby vacated and rescheduled to April 6, 2022 at 2:30 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearings by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747.(zjd) (Entered: 04/04/2022) |
| 04/06/2022 | | Minute Entry for proceedings held before Judge Amit P. Mehta: Status Conference as to HENRY PHILLIP MUNTZER held via videoconference on 4/6/2022. Bond Status of Defendant: remains on personal recognizance; Court Reporter: William Zaremba; Defense Attorney: David Bos; US Attorney: Susan Lehr. (zjd) (Entered: 04/18/2022) |
| 04/29/2022 | 38 | NOTICE OF ATTORNEY APPEARANCE Brian Daniel Brady appearing for USA. (Attachments: # 1 Certificate of Service)(Brady, Brian) (Entered: 04/29/2022) |
| 06/13/2022 | 39 | NOTICE OF ATTORNEY APPEARANCE: William Lee Shipley, Jr appearing for HENRY PHILLIP MUNTZER (Shipley, William) (Entered: 06/13/2022) |
| 06/14/2022 | | NOTICE OF HEARING as to HENRY PHILLIP MUNTZER: Status Conference set for 6/15/2022 at 3:00 PM via videoconference before Judge Amit P. Mehta. Members of the public may access the hearing by dialing the court's toll−free public access line: (877) 848−7030, access code 321−8747. (zjd) (Entered: 06/14/2022) |
| 06/14/2022 | 40 | NOTICE OF SUBSTITUTION OF COUNSEL Attorney Akpan, Ubong E. added. (Akpan, Ubong) (Entered: 06/14/2022) |
| 06/14/2022 | 41 | NOTICE OF ATTORNEY APPEARANCE Michael Matthew Gordon appearing for USA. (Attachments: # 1 Certificate of Service)(Gordon, Michael) (Entered: 06/14/2022) |
| 06/14/2022 | 42 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to HENRY PHILLIP MUNTZER (Lehr, Susan) (Entered: 06/14/2022) |
| 06/14/2022 | 43 | NOTICE *of Withdrawal of Defense Counsel* by HENRY PHILLIP MUNTZER (Akpan, Ubong) (Entered: 06/14/2022) |
| 06/15/2022 | | Minute Entry for Video Status Conference held on 6/15/2022 before Judge Amit P. Mehta as to HENRY PHILLIP MUNTZER. A further Status Conference is set for 8/3/2022 at 3:00 PM via videoconference before Judge Amit P. Mehta, to discuss |

| | | |
|---|---|---|
| | | potential new trial dates. Bond Status of Defendant: Continued on Personal Recognizance. US Attorneys: Brian Brady and Michael Gordon. Defense Attorney: William Shipley. Court Reporter: William Zaremba. (smc) (Entered: 06/15/2022) |
| 06/16/2022 | 45 | Case as to HENRY PHILLIP MUNTZER directly reassigned to Judge Jia M. Cobb as the case was transferred by consent. Judge Amit P. Mehta is no longer assigned to the case. (rj) (Entered: 06/16/2022) |
| 06/17/2022 | | NOTICE OF HEARING as to HENRY PHILLIP MUNTZERStatus Conference set for 6/21/2022 at 10:00 AM before Judge Jia M. Cobb via Zoom.The Court's Deputy Clerk will provide the information necessary to access the conference. (zgdf) (Entered: 06/17/2022) |
| 06/21/2022 | | Minute Entry for Video Status Conference proceeding held on 6/21/2022 before Judge Jia M. Cobb as to HENRY PHILLIP MUNTZER. Speedy Trial Excludable (XT) started 6/21/2022 until 2/6/2023, in the interest of justice. Pretrial Conference set for 1/24/2023 at 1:00 PM, via Zoom. Jury Trial scheduled for 8/30/2022 is hereby VACATED and rescheduled for 2/6/2023 at 9:30 AM in Courtroom 21– In Person before Judge Jia M. Cobb. Pretrial Scheduling Order coming forthwith from Chambers. Bond Status of Defendant: Appearance Waived. US Attorney: Michael Gordon. Defense Attorney: William Shipley. Court Reporter: Lisa Bankins. (gdf) (Entered: 06/21/2022) |
| 10/11/2022 | 46 | SCHEDULING ORDER as to HENRY PHILLIP MUNTZER: Pretrial Conference set for January 24, 2023 at 1:00 p.m. via Zoom. Jury Trial set for February 6, 2023 at 9:30 a.m. in Courtroom 21. See Order for schedule, procedural details, and other requirements. Signed by Judge Jia M. Cobb on October 11, 2022. (lcjmc2) Modified on 10/11/2022, to make a correction. (zgdf). (Entered: 10/11/2022) |
| 10/11/2022 | | MINUTE ORDER as to HENRY PHILLIP MUNTZER: The Pretrial Conference scheduled for January 24, 2023 at 1:00 p.m. via Zoom is hereby converted to an in–person Pretrial Conference on January 24, 2023 at 1:00 p.m. in Courtroom 21. All other dates and deadlines described in the Court's 46 Scheduling Order remain unchanged. Signed by Judge Jia M. Cobb on October 11, 2022. (lcjmc2) (Entered: 10/11/2022) |
| 01/06/2023 | 47 | MOTION in Limine *USCP Camera Positions* by USA as to HENRY PHILLIP MUNTZER. (Attachments: # 1 Exhibit Declaration and exhibits)(Brady, Brian) (Entered: 01/06/2023) |
| 01/06/2023 | 48 | MOTION in Limine *USSS testimony* by USA as to HENRY PHILLIP MUNTZER. (Brady, Brian) (Entered: 01/06/2023) |
| 01/06/2023 | 49 | MOTION to Vacate *TRIAL DATE AND BRIEFING SCHEDULE* by HENRY PHILLIP MUNTZER. (Shipley, William) (Entered: 01/06/2023) |
| 01/09/2023 | | MINUTE ORDER as to HENRY PHILLIP MUNTZER: Upon consideration of 49 Defendant's Unopposed Motion to Vacate Trial Date and Briefing Schedule, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the previously scheduled January 24, 2023, Pretrial Conference is VACATED. The Court ORDERS that a Status Conference for the purpose of setting a new trial date and briefing schedule will be held on January 27, 2023, at 1:00 PM via Zoom. The Court's Deputy Clerk will provide the information necessary to access the call. Signed by Judge Jia M. Cobb on January 9, 2023. (lcjmc2) (Entered: 01/09/2023) |

| | | |
|---|---|---|
| 01/09/2023 | | Terminate Deadlines and Hearings as to HENRY PHILLIP MUNTZER: (zgf) (Entered: 01/09/2023) |
| 01/11/2023 | | MINUTE ORDER: The previously scheduled January 27, 2023, status conference is VACATED, and the Court ORDERS that the status conference will now be held on January 20, 2023, at 2:30 PM via Zoom. The Court's Deputy Clerk will provide the information necessary to access the call. Signed by Judge Jia M. Cobb on January 11, 2023. (lcjmc2) (Entered: 01/11/2023) |
| 01/11/2023 | | MINUTE ORDER: The previously scheduled January 20, 2023, status conference is VACATED, and the Court ORDERS that the status conference will now be held on January 27, 2023, at 12:00 noon via Zoom. The Court's Deputy Clerk will provide the information necessary to access the call. Signed by Judge Jia M. Cobb on January 11, 2023. (lcjmc2) (Entered: 01/11/2023) |
| 01/13/2023 | | MINUTE ORDER: The previously scheduled January 27, 2023, status conference is VACATED, and the Court ORDERS that the status conference will now be held on February 1, 2023, at 2:00 P.M. via Zoom. The Court's Deputy Clerk will provide the information necessary to access the call. Signed by Judge Jia M. Cobb on January 13, 2023. (lcjmc2) (Entered: 01/13/2023) |
| 01/18/2023 | 50 | SUPERSEDING INDICTMENT as to HENRY PHILLIP MUNTZER (1) count(s) 1s, 2s, 3s, 4s, 5s, 6s. (zstd) (Entered: 01/19/2023) |
| 02/01/2023 | | Minute Entry for video proceedings held before Judge Jia M. Cobb: Case called for arraignment, but not held. Status Conference as to HENRY PHILLIP MUNTZER held on 2/1/2023. Speedy Trial Excludable (XT) started 2/1/2023 until 7/10/2023, in the interest of justice. Arraignment set for 2/8/2023 at 2:00 PM via Zoom before Judge Jia M. Cobb. Pretrial Conference set for 6/22/2023 at 10:00 AM in Courtroom 21 (In Person) before Judge Jia M. Cobb. Jury Trial set for 7/10/2023 at 9:30 PM in Courtroom 21 (In Person) before Judge Jia M. Cobb. Bond Status of Defendant: Continued on Personal Recognizance Bond/Appeared by Telephone. US Attorneys: Brian Brady and Michael Gordon. Defense Attorney: William Shipley. Court Reporter: Tammy Nestor. (smc) (Entered: 02/01/2023) |
| 02/08/2023 | | Minute Entry for Arraignment proceeding held on 2/8/2023 before Judge Jia M. Cobb as to HENRY PHILLIP MUNTZER (1) on Counts 1s – 6s. Plea of Not Guilty entered on Counts 1s – 6s. Motions in Limine due by 6/5/2023. Responses due by 6/12/2023. Joint Pretrial Statement due by 6/12/2023. Pretrial Conference scheduled for 6/22/23 at 10:00 AM before Judge Jia M. Cobb In-Person in Courtroom 21 on the 4th floor. Jury Trial scheduled for 7/10/23 at 9:30 AM before Judge Jia M. Cobb In-Person. Bond Status of Defendant: Remains on PR Bond/Appeared via video; Defense Attorney: William L. Shipley, Jr.; US Attorney: Brian D. Brady; Court Reporter: Stacy Heavenridge. (zgf) (Entered: 02/13/2023) |
| 02/27/2023 | 53 | PRETRIAL ORDER: See Order for schedule, procedural details, and other requirements. Signed by Judge Jia M. Cobb on February 27, 2023. (lcjmc2) (Entered: 02/27/2023) |
| 05/19/2023 | 54 | MOTION in Limine *to Preclude Improper Defense Arguments and Evidence* by USA as to HENRY PHILLIP MUNTZER. (Gordon, Michael) (Entered: 05/19/2023) |
| 06/20/2023 | 56 | MOTION to Continue by HENRY PHILLIP MUNTZER. (Shipley, William) (Entered: 06/20/2023) |

| | | |
|---|---|---|
| 06/21/2023 | | MINUTE ORDER granting 58 Defendant's Motion for Leave to File Document Under Seal: Upon consideration of the Motion, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the document is sealed. Signed by Judge Jia M. Cobb on June 21, 2023. (lcjmc2) (Entered: 06/21/2023) |
| 06/21/2023 | | MINUTE ORDER granting 56 Defendant's Motion to Continue Pretrial Conference: Upon consideration of the Motion, it is hereby ORDERED that the Motion is GRANTED. The Court further ORDERS that the previously scheduled June 22, 2023, pretrial conference is converted to a status conference on June 22, 2023, at 10:30am via Zoom, for the purpose of discussing pending motions and selecting a new pretrial conference date. The status conference will be on the record, and the Court's Deputy Clerk will provide the information necessary to access the conference. Defense counsel is DIRECTED to provide Mr. Muntzer with the Zoom login information. Signed by Judge Jia M. Cobb on June 21, 2023. (lcjmc2) (Entered: 06/21/2023) |
| 06/22/2023 | | Minute Entry for Status Conference proceeding held on 6/22/23 before Judge Jia M. Cobb as to HENRY PHILLIP MUNTZER (1). Oral Order granting 57 Motion for William Lee Shipley, Jr to Withdraw as Counsel. The Clerk's Office is directed to seal the motion to withdraw and counsel should refile a public version. Speedy Trial (XT) Time tolled from 6/22/23 until 7/21/23, in the interest of justice. Status Conference set for 7/21/2023 at 3:00 PM before Judge Jia M. Cobb via videoconference. The court vacates the jury trial scheduled for 7/10/23. Bond Status of Defendant: Continue on PR Bond/appeared by video; Court Reporter: Lorraine Herman Defense Attorney: William L. Shipley, Jr.; US Attorney: Brian D. Brady. (zgf) (Entered: 06/22/2023) |
| 07/21/2023 | | NOTICE OF HEARING as to HENRY PHILLIP MUNTZER: The status conference scheduled on 7/21/23, is hereby vacated and continued to 7/24/2023 at 2:30 PM before Judge Jia M. Cobb via Zoom. (zgf) (Entered: 07/21/2023) |
| 07/21/2023 | 62 | NOTICE OF ATTORNEY APPEARANCE: Christopher Michael Davis appearing for HENRY PHILLIP MUNTZER (Davis, Christopher) (Entered: 07/21/2023) |
| 07/24/2023 | 63 | PRETRIAL ORDER: See Order for schedule, procedural details, and other requirements. Signed by Judge Jia M. Cobb on July 24, 2023. (lcjmc2) (Entered: 07/24/2023) |
| 07/24/2023 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Status Conference as to HENRY PHILLIP MUNTZER held on 7/24/2023. Speedy Trial Excludable (XT) started 7/24/23 until 2/5/24, in the interest of justice. Oral order granting Motion 59 to Appoint Counsel. Pretrial Conference set for 1/18/2024 at 10:30 AM in Courtroom 21– In Person before Judge Jia M. Cobb. Jury Trial set for 2/5/2024 at 9:30 AM in Courtroom 21– In Person before Judge Jia M. Cobb. Bond Status of Defendant: Continued on PR Bond/appeared by video; Defense Attorney: Christopher Davis; US Attorneys: Brian D. Brady and Michael M. Gordon; Court Reporter: Stacy Johns. (zgf) (Entered: 07/25/2023) |
| 09/04/2023 | 64 | MOTION to Dismiss Count *One* by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) (Entered: 09/04/2023) |
| 09/13/2023 | 65 | RESPONSE by USA as to HENRY PHILLIP MUNTZER re 64 MOTION to Dismiss Count *One* (Gordon, Michael) (Entered: 09/13/2023) |
| 09/25/2023 | 66 | REPLY TO OPPOSITION to Motion by HENRY PHILLIP MUNTZER re 64 MOTION to Dismiss Count *One* (Davis, Christopher) (Entered: 09/25/2023) |

| | | |
|---|---|---|
| 12/18/2023 | 67 | NOTICE OF ATTORNEY APPEARANCE Sean Brennan appearing for USA. (Brennan, Sean) (Entered: 12/18/2023) |
| 12/28/2023 | 68 | Consent MOTION for Leave to File *out of time* by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) (Entered: 12/28/2023) |
| 12/28/2023 | 69 | Supplement re 64 MOTION to Dismiss Count by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) Modified to add link on 12/28/2023 (zstd). (Entered: 12/28/2023) |
| 01/02/2024 | | MINUTE ORDER granting 68 Motion for Leave to File as to HENRY PHILLIP MUNTZER (1): Having considered the motion, and for good cause shown, the Court hereby GRANTS the motion. Signed by Judge Jia M. Cobb on January 2, 2024. (lcjmc2) (Entered: 01/02/2024) |
| 01/04/2024 | 70 | Consent MOTION to Allow Defendant to Appear Virtually at 1/18/24 Hearing by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) Modified text on 1/4/2024 (zstd). (Entered: 01/04/2024) |
| 01/08/2024 | | MINUTE ORDER granting 70 Motion to Appear Virtually as to HENRY PHILLIP MUNTZER: Upon consideration of the motion, and given the lack of opposition thereto, the Court hereby GRANTS the motion. It is further ORDERED that Defendant shall be allowed to appear virtually at the pretrial conference scheduled for January 18, 2024. Signed by Judge Jia M. Cobb on January 8, 2024. (lcjmc2) (Entered: 01/08/2024) |
| 01/09/2024 | 71 | RESPONSE by USA as to HENRY PHILLIP MUNTZER re 69 Supplemental MOTION to Dismiss Count *One* (Brennan, Sean) (Entered: 01/09/2024) |
| 01/10/2024 | 72 | MOTION for USMS to Arrange and Incur the Cost of Transportation for Indigent Defendant by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) Modified text on 1/10/2024 (zstd). (Entered: 01/10/2024) |
| 01/11/2024 | 73 | ORDER granting 72 Motion for U.S. Marshals Service to Arrange Transportation as to HENRY PHILLIP MUNTZER: See document for details. Signed by Judge Jia M. Cobb on January 11, 2024. (lcjmc2) (Entered: 01/11/2024) |
| 01/12/2024 | 74 | RESPONSE TO ORDER OF THE COURT by USA as to HENRY PHILLIP MUNTZER re 63 Order, Set Deadlines/Hearings (Attachments: # 1 Exhibit Jury Instructions, # 2 Exhibit Gov Ex List, # 3 Exhibit Stipulations, # 4 Exhibit Verdict Form, # 5 Exhibit Jury Trial Waiver)(Brady, Brian) (Entered: 01/12/2024) |
| 01/18/2024 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Pretrial Conference as to HENRY PHILLIP MUNTZER held on 1/18/2024: For the reasons stated on the record, the Court grants 47 Motion in Limine USCP Camera Positions, 48 Motion in Limine USSS testimony, and 54 Motion in Limine to Preclude Improper Defense Arguments and Evidence. Denied without prejudice 64 Motion to Dismiss Count One. The defendant consented to proceed with a bench trial on 2/5/2024 at 9:30 AM in Courtroom 21– In Person before Judge Jia M. Cobb. Bond Status of Defendant: Continued on PR Bond/Appeared by video; US Attorneys: Sean Brennan and Brian D. Brady; Defense Attorney: Christopher Davis; Court Reporter: Stacy Johns. (zgf) (Entered: 01/18/2024) |
| 01/18/2024 | 76 | WAIVER of Trial by Jury as to HENRY PHILLIP MUNTZER. Approved by Judge Jia M. Cobb on 1/18/24. (zgf) (Entered: 01/18/2024) |

| | | |
|---|---|---|
| 01/31/2024 | 78 | TRIAL BRIEF by USA as to HENRY PHILLIP MUNTZER (Attachments: # 1 Exhibit Updated Exhibit List)(Brennan, Sean) (Entered: 01/31/2024) |
| 02/04/2024 | 79 | RESPONSE TO ORDER OF THE COURT by USA as to HENRY PHILLIP MUNTZER re Order on Motion in Limine,,,,,,,,,, Order on Motion to Dismiss Count(s),,, Pretrial Conference,,, Set Hearings,, *Government Response to U.S. v. Samsel* (Attachments: # 1 Exhibit Exhibit A)(Brennan, Sean) (Entered: 02/04/2024) |
| 02/05/2024 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial begun as to HENRY PHILLIP MUNTZER held on 2/5/2024. Bench Trial continued to 2/6/2024 at 9:30 AM in Courtroom 21– In Person before Judge Jia M. Cobb. Defendant's Oral motion for Judgment of Acquittal, heard and denied. Defendant's renewed motion to dismiss Count 1, denied. Bond Status of Defendant: Continued on PR Bond; US Attorney: Brian Brady and Sean Brennan; Defense Attorney: Christopher M. Davis; Government Witnesses: Lt. George McCree, David Millard, Robert Varga and Mark Seyler;Court Reporter: Stacy Johns. (zgf) (Entered: 02/06/2024) |
| 02/06/2024 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial resumed as to HENRY PHILLIP MUNTZER held on 2/6/2024. Bench Trial continued to 2/7/2024 at 2:00 PM in Courtroom 21– In Person before Judge Jia M. Cobb. Defendant's renewed motion for judgment of acquittal; denied. Bond Status of Defendant: Continued on PR Bond; US Attorneys: Brian Brady and Sean Brennan; Defense Attorney: Christopher M. Davis; Defense Witness: Henry P. Muntzer; Court Reporter: Stacy Johns. (zgf) (Entered: 02/07/2024) |
| 02/07/2024 | | Minute Entry for proceedings held before Judge Jia M. Cobb: Bench Trial resumed and concluded held on 2/7/2024 as to HENRY PHILLIP MUNTZER on Counts 1s–6s. Court Verdict of Guilty on Counts 1s,2s,3s,4s,5s,6s. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing set for 6/20/2024 at 2:00 PM in Courtroom 21– In Person before Judge Jia M. Cobb. Sentencing Memorandum due by 6/6/2024. Any responses by 6/13/2024. Sentencing set for 6/20/2024 at 2:00 PM in Courtroom 21– In Person before Judge Jia M. Cobb. Bond Status of Defendant: Continued on PR Bond; US Attorneys: Sean Brennan and Brian Brady; Defense Attorney: Christopher M. Davis; Court Reporter: Lisa Moreira. (zgf) (Entered: 02/08/2024) |
| 02/07/2024 | 80 | COURT VERDICT as to HENRY PHILLIP MUNTZER (1) Guilty on Count 1s,2s,3s,4s,5s,6s. Signed by Judge Jia M. Cobb on 2/7/24. (zgf) (Entered: 02/08/2024) |
| 02/07/2024 | 81 | GOVERNMENT'S TRIAL EXHIBIT LIST as to HENRY PHILLIP MUNTZER. (zgf) (Entered: 02/08/2024) |
| 02/07/2024 | 82 | DEFENSE TRIAL EXHIBIT LIST as to HENRY PHILLIP MUNTZER. (zgf) (Entered: 02/08/2024) |
| 02/28/2024 | | NOTICE OF HEARING as to HENRY PHILLIP MUNTZER: Bond Violation Hearing set for 3/15/2024 at 1:00 PM in Courtroom 21– In Person before Judge Jia M. Cobb. (zgf) (Entered: 02/28/2024) |
| 03/06/2024 | 84 | MOTION to Convert Hearing *From In Person to Virtual* by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) (Entered: 03/06/2024) |
| 03/07/2024 | | MINUTE ORDER granting 84 Motion to Convert Hearing: Having considered the motion, and with the understanding that the Government does not intend to file a |

| | | |
|---|---|---|
| | | response, the Court hereby GRANTS the motion. It is further ORDERED that the bond revocation hearing scheduled for March 15, 2024, shall be conducted via Zoom. The Court's Deputy Clerk will provide the Parties with the information necessary to access the call. Signed by Judge Jia M. Cobb on March 7, 2024. (lcjmc2) (Entered: 03/07/2024) |
| 04/09/2024 | 85 | TRANSCRIPT OF BENCH TRIAL VERDICT in case as to HENRY PHILLIP MUNTZER before Judge Jia M. Cobb held on February 7, 2024; Page Numbers: 1−45. Date of Issuance:April 9. 2024. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354−3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/30/2024. Redacted Transcript Deadline set for 5/10/2024. Release of Transcript Restriction set for 7/8/2024.(Moreira, Lisa) (Entered: 04/09/2024) |
| 04/18/2024 | 86 | TRANSCRIPT OF BENCH TRIAL in case as to HENRY PHILLIP MUNTZER before Judge Jia M. Cobb held on February 5, 2024. Page Numbers: 1−232. Date of Issuance: April 18, 2024. Court Reporter: Stacy Johns. Email address: Stacy_Johns@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/9/2024. Redacted Transcript Deadline set for 5/19/2024. Release of Transcript Restriction set for 7/17/2024.(Johns, Stacy) (Entered: 04/18/2024) |
| 04/18/2024 | 87 | TRANSCRIPT OF BENCH TRIAL in case as to HENRY PHILLIP MUNTZER before Judge Jia M. Cobb held on February 6. 2024. Page Numbers: 1−143. Date of Issuance: April 18, 2024. Court Reporter: Stacy Johns. Email address: |

| | | |
|---|---|---|
| | | Stacy_Johns@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/9/2024. Redacted Transcript Deadline set for 5/19/2024. Release of Transcript Restriction set for 7/17/2024.(Johns, Stacy) (Entered: 04/18/2024) |
| 05/21/2024 | 89 | Consent MOTION for Leave to File *MJOA Out of time* by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) (Entered: 05/21/2024) |
| 05/21/2024 | 90 | MOTION for Acquittal *Count Two of Superseding Indictment* by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) (Entered: 05/21/2024) |
| 05/22/2024 | | MINUTE ORDER granting 89 Unopposed Motion for Leave to File Motion for Judgment of Acquittal as to HENRY PHILLIP MUNTZER: Having considered the motion, the Court hereby ORDERS that the motion is GRANTED. Signed by Judge Jia M. Cobb on May 22, 2024. (lcjmc2) (Entered: 05/22/2024) |
| 06/04/2024 | 93 | RESPONSE by USA as to HENRY PHILLIP MUNTZER re 90 MOTION for Acquittal *Count Two of Superseding Indictment* (Brady, Brian) (Entered: 06/04/2024) |
| 06/05/2024 | 94 | SENTENCING MEMORANDUM by HENRY PHILLIP MUNTZER (Davis, Christopher) (Entered: 06/05/2024) |
| 06/06/2024 | 95 | SENTENCING MEMORANDUM by USA as to HENRY PHILLIP MUNTZER (Attachments: # 1 Exhibit Newspaper Article)(Brady, Brian) (Entered: 06/06/2024) |
| 06/17/2024 | | MINUTE ORDER continuing sentencing as to HENRY PHILLIP MUNTZER: The Court hereby ORDERS that the sentencing hearing for HENRY PHILLIP MUNTZER scheduled for June 20, 2024, is hereby VACATED. The Parties do not object to a continuance of sentencing, and the Court finds good cause for a continuance given the Supreme Court's pending decision in *Fischer v. United States*, No. 23−5572, which might have implications for Mr. Muntzer's conviction under 18 U.S.C. 1512(c)(2). That conviction impacts the applicable Guidelines range in this case, so the Court finds a continuance to be in the interests of justice.<br><br>It is further ORDERED that, by no later than 14 days after the Supreme Court issues its ruling in *Fischer*, the Parties shall confer and submit a joint status report, which shall include proposed dates for sentencing and any other proposals for further proceedings as may be necessary. Signed by Judge Jia M. Cobb on June 17, 2024. |

| | | |
|---|---|---|
| | | (lcjmc2) (Entered: 06/17/2024) |
| 07/08/2024 | 99 | Joint MOTION for Extension of Time to *File Status Report* by USA as to HENRY PHILLIP MUNTZER. (Brennan, Sean) (Entered: 07/08/2024) |
| 07/09/2024 | | MINUTE ORDER granting 99 motion for extension as to HENRY PHILLIP MUNTZER: Having considered the motion, and for good cause shown, the Court hereby GRANTS the motion. It is further ORDERED that the Parties shall file a joint status report, which shall include proposed dates for sentencing and any other proposals for further proceedings as may be necessary, by August 8, 2024. Signed by Judge Jia M. Cobb on July 9, 2024. (lcjmc2) (Entered: 07/09/2024) |
| 08/07/2024 | 100 | Joint STATUS REPORT by USA as to HENRY PHILLIP MUNTZER (Brennan, Sean) (Entered: 08/07/2024) |
| 08/07/2024 | 101 | Unopposed MOTION to Dismiss Count *One* by USA as to HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Brennan, Sean) (Entered: 08/07/2024) |
| 08/08/2024 | | MINUTE ORDER granting 101 Unopposed Motion to Dismiss Count One as to HENRY PHILLIP MUNTZER: Upon consideration of the Government's unopposed motion, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that count one of the superseding indictment, which charges Defendant Henry Phillip Muntzer with a violation of 18 U.S.C. §§ 1512(c)(2) and (2), is DISMISSED WITH PREJUDICE. And it is further ORDERED that the U.S. Probation Office is directed to amend the 96 Presentence Investigation Report accordingly. A new sentencing date, along with deadlines for the Parties to file revised sentencing memoranda if they so desire, shall be set forthwith. Signed by Judge Jia M. Cobb on August 8, 2024. (lcjmc2) (Entered: 08/08/2024) |
| 08/08/2024 | | Notice of Hearing as to HENRY PHILLIP MUNTZER: Sentencing set for 10/10/2024 at 03:00 PM in Courtroom 3– In Person before Judge Jia M. Cobb. Sentencing Memorandum due by 9/26/2024. Responses to Sentencing due by 10/3/2024. (zed) (Entered: 08/08/2024) |
| 09/25/2024 | 102 | ORDER denying 90 Motion for Acquittal as to HENRY PHILLIP MUNTZER. See document for details. Signed by Judge Jia M. Cobb on September 25, 2024. (lcjmc2) (Entered: 09/25/2024) |
| 09/26/2024 | 103 | REVISED SENTENCING MEMORANDUM by USA as to HENRY PHILLIP MUNTZER (Brennan, Sean) Modified text on 9/27/2024 (zstd). (Entered: 09/26/2024) |
| 09/27/2024 | 104 | Consent MOTION for Extension of Time to File *Amended Sentencing Memorandum* by HENRY PHILLIP MUNTZER. (Attachments: # 1 Text of Proposed Order)(Davis, Christopher) (Entered: 09/27/2024) |
| 10/01/2024 | | MINUTE ORDER as to HENRY PHILLIP MUNTZER granting 104 Unopposed Motion for Extension of Time: Having considered the motion, and for good cause shown, the Court GRANTS the motion. It is further ORDERED that Defendant shall file any amended sentencing memorandum by October 4, 2024. Signed by Judge Jia M. Cobb on October 1, 2024. (lcjmc2) (Entered: 10/01/2024) |
| 10/04/2024 | 106 | REVISED SENTENCING MEMORANDUM by HENRY PHILLIP MUNTZER (Davis, Christopher) Modified text on 10/4/2024 (zstd). (Entered: 10/04/2024) |

| | | |
|---|---|---|
| 10/09/2024 | 109 | NOTICE *of Filing of Sentencing Exhibits* by USA as to HENRY PHILLIP MUNTZER (Brennan, Sean) (Entered: 10/09/2024) |
| 10/10/2024 | | Minute Entry for proceeding held on 10/10/2024 before Judge Jia M. Cobb: Sentencing as to HENRY PHILLIP MUNTZER on Counts 2s, 3s, 4s, 5s, and 6s. Defendant is sentenced to 24 months (2 years) on Count 2s, 12 months (1 year) as to each of Counts 3s and 4s, and 6 months as to each of Counts 5s and 6s, all terms to run concurrent. Followed by 36 months (3 years) on Count 2s, and 12 months (1 year) as to each of Counts 3s and 4s, to run concurrent. Special Assessment of $100 on Count 2s, $25 as to each of Count 3s and 4s, $10 as to each of Count 5s and 6s (for a total of $170). Restitution of $2000. Defendant is allowed to self surrender. Bond Status of Defendant: Continued on Personal Recognizance; Defense Attorney: Christopher Michael Davis; US Attorney: Sean Brennan; Prob Officer: Sherry Baker; Court Reporter: Stacy Johns. (zed) (Entered: 10/11/2024) |
| 10/11/2024 | 110 | NOTICE OF APPEAL – Final Judgment by HENRY PHILLIP MUNTZER Fee Status: No Fee Paid. Parties have been notified. (Davis, Christopher) (Entered: 10/11/2024) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 21-CR-0105-JMC
)
HENRY PHILLIP MUNTZER )
)

## NOTICE OF APPEAL

Name and address of appellant:   Henry Phillip Muntzer
 115 S. Atlantic Street
 Dillon, Montana 59725

Name and address of appellant's attorney:   Christopher M. Davis
 1350 Connecticut Ave., NW
 Suite 202
 Washington, DC 20036

Offense: 18 USC §231(a)(3); 18 USC §1752(a)(1) & (a)(2); 40 USC § 5104(e)(2)(D) & (e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

On October 10 Defendant was sentenced to a total of 24 months incarceration followed by 1 year supervised release

Name and institution where now confined, if not on bail:   n/a

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10-11-24
DATE

_Hank Muntzer (cms)_
APPELLANT

_[signature]_
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✓]
Has counsel ordered transcripts?   YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]