UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) **Case No.: 1:21-cr-105 (JMC)** |
| | ) |
| **HENRY PHILLIP MUNTZER** | ) |

**AMENDED MOTION FOR EXTENSION OF SELF SURRENDER DATE**

Henry Muntzer, by and through counsel moves this Honorable Court to extend the time for him to self-surrender. In support thereof, he states the following:

1. On November 18, 2024, Muntzer received an email advising him to surrender at FCI Lompoc I on November 26, 2024 – no later than 2 PM.

2. Muntzer moves this Court to allow additional time to get his affairs in order. He requests that his self-surrender date be rescheduled to the first week of January 2025.

RESPECTFULLY SUBMITTED

*/s/ Christopher M. Davis*
Davis & Davis
1350 Connecticut Ave, NW Suite 202
Washington, DC 20036
(202) 234-7300

**CERTIFICATE OF SERVICE**

I hereby certify I have on this 19th day of November 2024, filed the above using the Court's Electronic Filing System (ECF) which sent a true and correct copy to all counsel of record.

*/s/*
Christopher M. Davis