# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) **Case No.: 1:21-cr-105 (JMC)** |
| | ) |
| **HENRY PHILLIP MUNTZER** | ) |

## SECOND MOTION FOR EXTENSION OF SELF SURRENDER DATE

Henry Muntzer, by and through counsel moves this Honorable Court to extend the time for him to self-surrender. In support thereof, he states the following:

1. On November 18, 2024, Muntzer received an email advising him to surrender at FCI Lompoc I on November 26, 2024 – no later than 2 PM.

2. Muntzer moves this Court to allow additional time to get his affairs in order. Mr. Muntzer owns a business which he is in the process of shutting down. He is liquidating the business, and it is taking more time than he thought to accomplish this. He needs to inventory and return customer property and sell off the remaining items. He then needs to clean out the building and surrender it to the bank. He expects this will take at a minimum four weeks, which puts him on the door step of the Holidays.

3 Muntzer also needs to dispose of his residence – or at the very least, make arrangements for its care while he is serving his sentence.

4. He requests that his self-surrender date be rescheduled to the first week of January 2025.

RESPECTFULLY SUBMITTED
*/s/ Christopher M. Davis*
Davis & Davis

                                                     1350 Connecticut Ave, NW Suite 202

                                                     Washington, DC 20036

                                                     (202) 234-7300

## **CERTIFICATE OF SERVICE**

I hereby certify I have on this 19th day of November 2024, filed the above using the Court's Electronic Filing System (ECF) which sent a true and correct copy to all counsel of record.

                                                   /s/ _____

                                                 Christopher M. Davis