# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3140**  **September Term, 2024**

**1:21-cr-00105-JMC-1**

**Filed On: February 28, 2025** [2103265]

United States of America,

    Appellee

  v.

Henry Phillip Muntzer, also known as Hank Muntzer,

    Appellant

## M A N D A T E

In accordance with the order of February 28, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

        BY:    /s/
                   Selena R. Gancasz
                   Deputy Clerk

Link to the order filed February 28, 2025